**IT IS ORDERED as set forth below:**

Date: November 05, 2009

_____
Paul W. Bonapfel
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VALERIE MIESSE SMITH, | : | CASE NO. 09-68384-PWB |
| | : | |
| Debtor. | : | |

**CONSENT ORDER ALLOWING
ADVANCE PAYMENT OF EXEMPT INSURANCE PROCEEDS**

Whereas, this Court held a status conference in this matter on November 3, 2009,

Whereas, this Court has previously ruled that Debtor is entitled to an exemption for $204,611 of life insurance proceeds; and

Whereas, Lenox Pines, LLC, David L. Smith, Britton Smith McLeod, Dorsey Hayden Smith, the Estate of David L. Smith, and the Trust Under the Will of Dorsey Smith ("Smith Parties"), the Trustee and the Debtor have agreed to mediate the disputes between them, including such disputes as may encompass Buffington Villages LLC and Old National Villages LLC; and

Whereas, the Debtor has alleged exigent circumstances; and

Whereas, the Estate has sufficient funds to advance the amounts to be disbursed to the Debtor pursuant to this Order; and

Whereas, the Debtor has agreed to secure repayment of the advance approved by this Order with an automobile valued at the amount of funds to be advanced pursuant to this Order;

Whereas, no notice to creditors being required,

Therefore, the Trustee and Debtor having consented, and the Smith Parties having no opposition, it is hereby ORDERED as follows:

1. The Trustee is authorized to disburse to the Debtor $13,500.00, upon delivery to the Trustee of (a) title to the automobile; and (b) proof of insurance of the automobile.

2. The funds above shall be set off against Ms. Smith's exemption in the insurance proceeds, however, nothing herein shall be construed a waiver of Ms. Smith's right to appeal this Court's October 4, 2009 ruling on the exemption.

3. Ms. Smith shall cause the Estate to receive $13,500.00 from exempt funds paid to Ms. Smith, and, upon so doing (or upon any other payment of $13,500), will have the title returned to her.

**Consented to on this 4th day of November, 2009.**

_____/s/_____  
Herbert C. Broadfoot II  
Georgia Bar No. 083750  
*Attorneys for Chapter 7 Trustee*  
Ragsdale, Beals, Seigler, Patterson & Gray, LLP  
2400 International Tower, Peachtree Center  
229 Peachtree Street, N.E.  
Atlanta, GA 30303  
Tel: (404) 588-0500  
Facsimile: (404) 523-6714  
broadfoot@rbspg.com

/s/_____  
Eric C. Lang  
Georgia Bar No. 435515  
*Attorney for Debtor*  
The Lang Legal Group, LLC  
1800 Century Place, Suite 570  
Atlanta, Georgia 30345  
Phone: 404-320-0990  
Facsimile: 404-320-0908  
elang@langlegal.com

**No Opposition:**

_/s/_____  
Joseph J. Burton, Jr.  
Burton & Armstrong, LLP  
Two Ravinia Drive  
Suite 1750  
Atlanta, Georgia 30346  
Counsel for the Smith Parties

## *DISTRIBUTION LIST*

Herbert C. Broadfoot II, Esq.
Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303

Eric Lang, Esq.
The Lang Legal Group, LLC
1800 Century Place, Suite 570
Atlanta, Georgia 30345


Joseph J. Burton, Jr.
Burton & Armstrong, LLP
Two Ravinia Drive
Suite 1750
Atlanta, Georgia 30346

Danny L. Coleman, Esq.
Law Office of Danny Coleman, PC
Suite 575
2475 Northwinds Parkway
Alpharetta, GA 3009

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 200
3343 Peachtree Road, NE
Atlanta, GA 30326-1420