UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VALERIE MIESSE SMITH, | : | CASE NO. 09-68384-PWB |
| | : | |
| Debtor. | : | |

**NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF
RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP,
ATTORNEYS FOR CHAPTER 7 TRUSTEE FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PLEASE TAKE NOTICE** that on February 13, 2010, Ragsdale Beals, Seigler, Patterson & Gray, LLP ("RBSPG"), attorneys for Chapter 7 Trustee, S. Gregory Hays, filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses (the "Application"). In the Application, RBSPG seeks allowance of interim compensation in the amount of $39,178.00 for services rendered to the Chapter 7 Trustee as attorneys from June 2009 through February 10, 2010, and expense reimbursement in the amount of $172.01. The Application is on file with the Clerk of the United States Bankruptcy Court, Room 1340, 75 Spring Street, Atlanta, Georgia 30303 and may be reviewed during normal business hours. Copies of the Application can also be obtained from counsel to the Trustee, at the address and telephone number below, upon request.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Attorney Application in **Courtroom 1401,** United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia at **10:00 o'clock a.m. on March 9, 2010.**

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below within twenty (20) days of the mailing hereof, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, S.W., Atlanta, Georgia 30303  You must also mail a copy of your response to the undersigned at the address stated below.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Trustee shall properly serve this Notice of Hearing upon creditors and parties in interest as listed on the Application and Supplemental Matrix and shall file a Certificate of Service within (3) days

Dated: February 13, 2010.

*Ragsdale, Beals, Seigler, Patterson & Gray, LLP*

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Debtor*

2400 International Tower, Peachtree Center
229 Peachtree Street, NE
Atlanta, GA  30303
(404) 588-0500
(404) 523-6714 facsimile
broadfoot@rbspg.com

- 2 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: : | CHAPTER 7 |
| : | |
| VALERIE MIESSE SMITH, : | CASE NO. 09-68384-PWB |
| : | |
| Debtor. : | |

**FIRST INTERIM APPLICATION OF RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

The Application of Ragsdale, Beals, Seigler, Patterson & Gray, LLP, attorneys for S. Gregory Hays, Trustee in the above captioned case ("Trustee"), respectfully represents:

1.

Valerie Miesse Smith ("Debtor") filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 1, 2009. The Court appointed S. Gregory Hays as interim Chapter 7 Trustee in the case and he thereafter became the permanent Trustee.

2.

On June 12, 2009, the Trustee filed his Application to Employ Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("RBSPG"), as attorneys for the Trustee. On June 16, 2009, the Court entered its order Granting the Application and approving the employment by the Trustee of RBSPB to render legal services to the Trustee.

3.

RBSPG makes this first interim application for compensation for professional services rendered to the Trustee during the Chapter 7 case pursuant to 11 U.S.C. §§ 330 and 331.

4.

All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor, or any other person or persons.

5.

No agreement or understanding exists between RBSPG and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

6.

The time expended and services performed by RBSPG are duly itemized and set forth in **Exhibit "A"** attached hereto and by reference incorporated herein and made part of this Application. The time period covered by this Application is from initial employment in June 2009 through and including February 10, 2010.

7.

RBSPG requests interim compensation in the amount of $39,178.00. This request was calculated by applying hourly rates to the time spent rendering services to the Trustee. Most of the time was spent by Herbert C. Broadfoot II, a partner of RBSPG.

8.

In addition to the requested interim compensation, RBSPG seeks reimbursement of $172.01 for actual, necessary expenses incurred in connection with rendering legal services to the Trustee and the estate.

**WHEREFORE**, RBSPG prays that it be granted interim compensation in the amount of $39,178.00 for legal services rendered to the Chapter 7 Trustee and the estate; that it be reimbursed $172.01 for actual, necessary expenses incurred in connection with rendering the services; and that it have such other and further relief as may be just and proper.

Dated: February 13, 2010.                    *Ragsdale, Beals, Seigler, Patterson & Gray, LLP*

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Trustee S. Gregory Hays*

2400 International Tower, Peachtree Center
229 Peachtree Street, NE
Atlanta, GA 30303
(404) 588-0500
(404) 523-6714 facsimile
broadfoot@rbspg.com

**Ragsdale, Beals, Seigler, Patterson & Gray, LLP**
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA  30303-1629
Tax ID #58-1255413

*Invoice submitted to:*
Valerie Smith Bankruptcy

February 13, 2010

*Invoice #19305*

### Professional Services

| | | | Amount |
|---|---|---|---|
| 6/3/2009 HCB | Attorney | Telephone conference with Scott Askue regarding Valerie Smith Chapter 7 case (.3); Review memo and pleadings from S. Askue (.5); Telephone conference with Scott Askue regarding 341 meeting, Trustee representation (.3) | 412.50 |
| 6/9/2009 HCB | Attorney | Review file for 341 meeting and attend 341 meeting (1.6) | 600.00 |
| 6/11/2009 HCB | Attorney | Telephone conference with Scott Askue regarding motion for relief from stay on Debtor's residence (.3); Attend calendar call on motion for relief, confer with attorneys Brandi Rainey and Eric Lang (1.0); Conference with attorney Don Florence and his client (.3); Prepare application to employ attorneys for Trustee (.3) | 712.50 |
| 6/15/2009 HCB | Attorney | Conference with Scott Askue, Don Florence, Eric Lang and Sarah Cooksey at Trustee's office to discuss status of cases, settlement possibility (2.5) | 937.50 |
| 6/16/2009 HCB | Attorney | Telephone conference with Scott Askue regarding motion to sell, tax refunds (.3); Prepare letter regarding tax refunds to attorneys Coleman and Lang (.3) | 225.00 |
| 6/18/2009 HCB | Attorney | Prepare application to employ liquidator J. Friedman (.6) | 225.00 |

404-588-0500

Valerie Smith Bankruptcy                                                                                      Page    2

                                                                                                              <u>Amount</u>

| Date | | Description | Amount |
|---|---|---|---:|
| 6/19/2009 | HCB | Attorney<br>Prepare letter to CPA William. Royston regarding tax returns (.3); Prepare motion to sell personal property, notice of hearing (1.0) | 487.50 |
| 6/20/2009 | HCB | Attorney<br>Serve Notice of Hearing on motion to sell personal property (1.0) | 375.00 |
| 6/23/2009 | HCB | Attorney<br>Email from Eric Lang, forward to Scott Askue (.2) | 75.00 |
| 6/24/2009 | HCB | Attorney<br>Email to and from Scott Askue regarding issues to be addressed (.2); Telephone conference with Eric Lang regarding sale of assets (.5) | 262.50 |
| 6/25/2009 | HCB | Attorney<br>Telephone conference with Scott Askue regarding exemptions, turnover sale of personalty, insurance proceeds (.5); Prepare letter to Debtor counsel regarding exemption, sale, records (.3) | 300.00 |
| 6/26/2009 | HCB | Attorney<br>Prepare letter to attorneys Eric Lang and Danny Coleman regarding objection to exemptions (.5) | 187.50 |
| 7/6/2009 | HCB | Attorney<br>Prepare and file objection to exempt property, notice of hearing (.5) | 187.50 |
| 7/7/2009 | HCB | Attorney<br>Telephone conference with Scott Askue regarding insurance funds, tax refund, records, sale of property (.4) | 150.00 |
| 7/8/2009 | HCB | Attorney<br>Telephone conference with E. Lang regarding sale of personal property (.3); Telephone conference with S. Askue regarding sale, possible objection (.2); Email to E. Lang regarding sale (.1) | 225.00 |
| 7/9/2009 | HCB | Attorney<br>Finalize and file application to employ liquidator (.3); Telephone call from Eric Lang regarding objection to sale motion (.2); Telephone conference with Scott Askue regarding sale, tax refunds, vehicles (.4) | 337.50 |
| 7/14/2009 | HCB | Attorney<br>Telephone conference with Scott Askue regarding hearing on sale motion (.2); Attend hearing on sale motion (1.5); Telephone conference with S. Askue and Eric Lang regarding Friedman employment, sale (.3); Various emails from E. Lang regarding sale (.2) | 825.00 |
| 7/15/2009 | HCB | Phone Opp Atty<br>Telephone call with courtroom deputy, Cheryl Goss, regarding hearing, withdrawal of application (.2); Telephone call with Eric Lang regarding Consent Order, withdrawal of application (.2); Prepare Consent Order and forward to Eric Lang (.3); Telephone call from Scott Askue regarding status (.3) | 375.00 |

Valerie Smith Bankruptcy                                                                                                   Page   3

|            |     |                                                                                                                                                                                                                                                                                                                                              | Amount   |
|------------|-----|----|---|
| 7/16/2009  | HCB | Court<br>Attend hearing on Sale Motion (1.0); Conference with counsel and client (.5); Conference with attorney Don Florence (.3); Revise and upload Order on Sale Motion (.2); Telephone call with Scott Askue regarding hearing outcome (.2) | 825.00   |
| 7/17/2009  | HCB | Phone Opp Atty<br>Telephone call with Scott Askue regarding personal property (.3) | 112.50   |
| 7/28/2009  | HCB | Preparation<br>Calendar hearing on Motion for Joint Administration | 37.50    |
| 8/10/2009  | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding objection to exempt property, sale of assets, vehicles (.5); Telephone conference with attorney Eric Lang regarding exempt property claim for insurance proceeds, reset hearing (.3); Telephone conference with Courtroom Deputy Ms. Goss regarding reset hearing (.1); Telephone conference with attorney Don Florence regarding hearing reset, status (.3) | 450.00   |
| 8/18/2009  | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding substantive consolidation, car, exempt property claim | 187.50   |
| 8/21/2009  | HCB | Telephone conference with<br>Telephone conference with Eric Lang regarding inventory, disbursement of funds, exemption issues, substantive consolidation (.3); Telephone conference with Don Florence regarding inventory and EM inventory (.3) | 225.00   |
| 8/27/2009  | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding exemptions, painting, consolidation of cases, claims filed (.4) | 150.00   |
| 8/28/2009  | HCB | Telephone conference with<br>Telephone conference with Don Florence regarding hearing on substantive consolidation (.2); Telephone conference with Scott Askue regarding substantive consolidation, Rule 2004 Examination of Valerie Smith (.2) | 150.00   |
| 8/30/2009  | HCB | Email<br>Email from and to Eric Lang regarding exempt property (.3) | 112.50   |
| 9/1/2009   | HCB | Preparation<br>Prepare for hearing on Motion for Substantive Consolidation (.5); Telephone conference with Scott Askue regarding hearing (.3); Attend hearing on Motion (2.0) | 1,050.00 |
| 9/2/2009   | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding inventory of personal property, exemption issue (.3); Email to and from Eric Lang regarding four items of property (.2); Telephone conference with Eric Lang regarding same (.2) | 262.50   |
| 9/8/2009   | HCB | Telephone conference with<br>Telephone conference with Eric Lang regarding Motions for Relief from Stay, exemption issue, turnover (.5); Telephone conference with Don Florence regarding | 262.50   |

Valerie Smith Bankruptcy												Page    4

												Amount

|            |     |                                                                                                                                                                                                                                                        |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |     | Motions for Relief from Stay, exemption issue (.2)                                                                                                                                                                                                      |          |
| 9/10/2009  | LBB | Attorney<br>Conference with Mr. Broadfoot regarding case                                                                                                                                                                                                | 41.00    |
|            | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding various issues, including exempt property, discharge (.3)                                                                                                                  | 112.50   |
| 9/14/2009  | LBB | Attorney<br>Legal research and review pleadings regarding insurance proceeds                                                                                                                                                                            | 82.00    |
|            | HCB | Telephone conference with<br>Telephone conference with Jay Burton regarding deposition of Valerie Smith on exemption issue, documents including tax returns (.4) Telephone conference with Scott Askue regarding deposition, tax returns (.2)           | 225.00   |
| 9/16/2009  | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding turnover of personal property and email to Eric Lang regarding delivery of parinting and silver plate to Scott (.3); Email from Eric Lang and Scott Askue regarding personal property (.2) | 187.50   |
| 9/17/2009  | HCB | Email<br>Email from Scott Askue regarding painting and email to Eric Lang regarding turnover of painting (.2)                                                                                                                                           | 75.00    |
| 9/18/2009  | HCB | Deposition<br>Attend deposition of Valerie Smith, taken by Jay Burton for purposes of hearing on exemption of life insurance proceeds, confer with parties (5.0); Telephone conference with Scott Askue regarding deposition, sale of property, possible settlement (.6) | 2,100.00 |
| 9/21/2009  | LBB | Attorney<br>Legal research and draft memorandum; Conference with Mr. Broadfoot and further research                                                                                                                                                     | 410.00   |
|            | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding sale of assets, possible settlement of case (.2); Multiple extended conversations with attorneys Jay Burton and Eric Lang regarding settlement (1.5); Telephone conference with Scott Askue regarding hearing (.5) | 825.00   |
|            | HCB | Conference<br>Office conference with Ms. Burnette regarding exemption issue (.5)                                                                                                                                                                        | 187.50   |
| 9/22/2009  | LBB | Attorney<br>Legal research on exemption on insurance proceeds                                                                                                                                                                                           | 102.50   |
| 9/23/2009  | HCB | Preparation<br>Email to and from Jay Burton; Telephone conference with Mr. Burton, Mr. Lang; work on settlement negotiations                                                                                                                            | 562.50   |

Valerie Smith Bankruptcy                                                                                     Page   5

|            |                                                                                                                                                                                                                                                                                                                    | Amount   |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
| 9/28/2009 HCB | Telephone conference with<br>Telephone conference with Jay Burton regarding claims, estate analysis (.3); Telephone conference with Jay Burton regarding settlement proposal (.2); Telephone conference with Scott Askue regarding settlement (.6) | 412.50 |
| 9/29/2009 HCB | Telephone conference with<br>Telephone call from Scott Askue regarding Lenox Pines claim (.2); Email from Eric Lang regarding mediation, settlement (.2); Office conference with Scott Askue regarding settlement, claim analysis; telephone conference with Eric Lang (1.5); Telephone conference with Jay Burton regarding settlement, mediation (.6) | 937.50 |
| 9/30/2009 HCB | Email<br>Email from and to Scott Askue, Eric Lang and Jay Burton regarding mediation, claims (.4); Telephone conference with Scott Askue regarding status, settlement (.5) | 337.50 |
| 10/1/2009 HCB | Preparation<br>Prepare for hearing on Motion for Relief from Stay (.5); Attend hearing (4.0) | 1,687.50 |
| 10/2/2009 HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding settlement, abandon Volvo (.3); Review Distribution Analysis; Telephone conference with Scott Askue regarding same (.4); Email to Eric Lang and Jay Burton regarding Distribution Analysis (.1) | 300.00 |
| 10/8/2009 HCB | Email<br>Various emails and telephone conferences with Eric Lang and Jay Burton regarding Consent Order for Trustee to disburse funds and mediation (1.2) | 450.00 |
| 10/12/2009 HCB | Email<br>Email to Eric Lang regarding amended tax return, meeting (.2) | 75.00 |
| 10/21/2009 HCB | Email<br>Email to and from Eric Lang regarding hearing on Emergency Motion scheduling | 75.00 |
| 10/22/2009 HCB | Telephone conference with<br>Telephone conference with Eric Lang regarding mediation and funds (.3) | 112.50 |
| 10/28/2009 HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding meeting to discuss claims of Lenox Pines (.2) | 75.00 |
| 11/3/2009 HCB | Preparation<br>Preparation for hearing, attend hearing (1.5) | 562.50 |
| 11/4/2009 HCB | Prep Pleadings<br>Prepare Order for $1,200.00 deposit to mediator (.3); Telephone conference with Scott Askue regarding mediation preparation (.3); Telephone conference with Jay Burton regarding $13,500.00 advance, Order (.3); Revise draft Order (.3) | 450.00 |
| 11/9/2009 HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding meeting (.1); Telephone conference with Jay Burton regarding meeting, mediation (.3); Office conference with Scott Askue regarding analysis, mediation preparation (3.0); Telephone conference with Jay Burton | 1,350.00 |

Valerie Smith Bankruptcy                                                                                              Page    6

                                                                                                                      **Amount**

                      regarding meeting (.2)

| Date | Init | Description | Amount |
|---|---|---|---|
| 11/13/2009 | HCB | Conference<br>Conference with Scott Askue, Jay Burton, Jim Cline and Robert Strickland to review claims of Lenox Pines and prepare for mediation (3.5) | 1,312.50 |
| 11/16/2009 | HCB | Meeting<br>Attend settlement conference with Judge Etheridge, parties and counsel (9.5); Telephone conference with Eric Lang regarding settlement (.1) | 3,600.00 |
| 11/17/2009 | HCB | Telephone conference with<br>Telephone conference with Jay Burton regarding settlement procedures to implement (.3); Telephone conference with Scott Askue regarding settlement (.3); Telephone conference with Eric Lang regarding settlement (.4) | 375.00 |
| 11/18/2009 | HCB | Telephone conference with<br>Telephone conference with Jay Burton regarding settlement (.3); Review draft Settlement Agreement (.5); Telephone conference with Eric Lang regarding Settlement Agreement (.4); Telephone conference with Scott Askue regarding Settlement Agreement (.4); Review Settlement Agreement, email to Eric Lang (.5) | 787.50 |
| 11/30/2009 | HCB | Telephone conference with<br>Telephone call from Eric Lang regarding Settlement Agreement and motion to settle (.4); Telephone conference with Jay Burton regarding Settlement Agreement, payment of mediation expense (.3); Telephone conference with Cheryl Goss regarding hearing date on Motion to Approve Settlement (.2) | 337.50 |
| 12/1/2009 | HCB | Telephone conference with<br>Telephone conference with Eric Lang regarding settlement (.3); Telephone call from attorney Pascarrett regarding claim of Weinstock and Scavo (.3) | 225.00 |
| 12/3/2009<br>11:19 AM | KLR | Prep Pleadings<br>Preparation Rule 9019 Motion to Approve Compromise and Settlement; Motion to Shorten Notice Period for Hearing; Notice of Hearing; serve upon all creditors. | 172.50 |
| 12/4/2009 | HCB | Telephone conference with<br>Telephone call with Scott Askue regarding tax refunds, status of settlement (.3) email to Eric Lang regarding tax refunds (.1) | 150.00 |
|  | HCB | Email<br>Email from and to Eric Lang, Scott Askue and Bill Lankford regarding tax refund issue; (.2) Email to Jay Burton and Eric Lang regarding Settlement Agreement (.2) | 150.00 |
| 12/8/2009 | HCB | Telephone conference with<br>Telephone call from Cheryl Goss regarding hearing on 9019 Motion (.1); Prepare Order Granting Motion to Shorten Notice period (.3); Telephone conference with Eric Lang regarding Settlement Agreement, claims negotiation (.3) | 262.50 |
| 12/9/2009 | HCB | Telephone conference with<br>Telephone call from Jay Burton regarding settlement (.3); Telephone call from Judge Bonapfel regarding hearing date (.1); Telephone conference with Jay Burton regarding | 262.50 |

Valerie Smith Bankruptcy                                                                                          Page    7

                                                                                                                  **Amount**

                    hearing date (.2); Telephone conference with Eric Lang regarding hearing Date (1.)

12/14/2009 HCB   Telephone conference with                                                  75.00
                    Telephone call from Scott Askue regarding tax refund issue (.2)

12/15/2009 HCB   Email                                                                                      300.00
                    Email to Eric Lang regarding tax issue, payment of Etheridge invoice (.2); Email to Jay
                    Burton regarding invoice payment (1.); Telephone call from Jay Burton regarding
                    settlement (.2); Telephone call from Eric Lang regarding tax issue (.3)

12/18/2009 HCB   Telephone conference with                                                  187.50
                    Telephone conference with Jay Burton regarding mediation fee, tax issue,
                    disbursement from Fulton Superior registry (.3); Telephone conference with Scott
                    Askue regarding tax issue (.2)

12/21/2009 HCB   Telephone conference with                                                  262.50
                    Telephone call from Eric Lang regarding tax issue, hearing on settlement (.4); Review
                    documents regarding tax issue (.3)

12/22/2009 HCB   Telephone conference with                                                  150.00
                    Telephone call from Jay Burton regarding Settlement Agreement (.3), Email from and
                    to Eric Lang (.1)

12/28/2009 HCB   Telephone conference with                                                  975.00
                    Telephone conference with Scott Askue to review Settlement Agreement and to
                    discuss hearing, tax issues (1.0); Telephone conference with Eric Lang regarding
                    Settlement Agreement (.3); Revise Settlement Agreement (.8); Email to Jay Burton
                    and Eric Lang revisions to Settlement Agreements) (.1); Telephone conference with
                    Jay Burton regarding hearing, Settlement Agreement (4.)

12/29/2009 HCB   Attorney                                                                     2,175.00
                    Prepare for and attend hearing on Settlement Motion, confer with parties (5.0);
                    Telephone conference with Greg Hays regarding settlement (.3); Email to Jay Burton
                    and Eric Lang regarding signing Settlement Agreement (.2); Telephone conference
                    with Scott Askue regarding settlement, funds advance to Valerie Smith (.3)

12/30/2009 HCB   Prep Pleadings                                                              450.00
                    Prepare withdrawal of Motion to Shorten Notice Period, Motion and Order regarding
                    settlement conference fee payment, Motion regarding advance payment of exempt life
                    insurance proceeds (1.0); Telephone call from Eric Lang regarding status (.2)

12/31/2009 HCB   File Review                                                                    225.00
                    Finalize and file Motions and Order for advance payment, payment to Etheridge (.5);
                    Telephone call from Eric Lang (.1)

1/4/2010 HCB   Telephone conference with                                                  337.50
                    Telephone call from Eric Lang regarding status conference, appeal, claim of creditors
                    (.3) ; Review draft motion to extend appeal and Email to Eric Lang with approval (.2);
                    Email from and email to Eric Lang and Scott Askue regarding meeting (.2); Telephone
                    conference with Scott Askue regarding meeting (.2)

Valerie Smith Bankruptcy　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page　8

|  |  |  | Amount |
|---|---|---|---:|
| 1/6/2010 | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding various matters to conclude case; including tax refund claim, funds in Fulton Superior registry, appeal, reports of sale (.7); Email from and to Don Florence regarding Motion to Reopen and Disburse Funds in Fulton Superior case (.4); Review emails from Eric Lang (.2) | 487.50 |
| 1/7/2010 | HCB | Telephone conference with<br>Telephone conference with Eric Lang regarding Order, meeting (.3); Email from and to Scott Askue regarding Settlement Agreement (.2); Finalize and upload Order (.3) | 300.00 |
| 1/8/2010 | HCB | Conference<br>Conference with Scott Askue, Eric Lang and Valerie Smith regarding claims, tax refunds, sale proceeds (2.6) | 975.00 |
| 1/12/2010 | HCB | Email<br>Email from Scott Askue re Debtor's Report of auction sale discrepancies (.3) | 112.50 |
| 1/20/2010 | HCB | Telephone conference with<br>Telephone call from Eric Lang regarding status of tax return, amount of check from Fulton Superior (.2) | 75.00 |
| 1/21/2010 | HCB | Review<br>Review multiple emails from Eric Lang (.1); Telephone conference with Scott Askue regarding tax return (.2); Telephone conference with Eric Lang regarding tax return and accounting (.3) | 112.50 |
| 1/25/2010 | HCB | Email<br>Email to Don Florence regarding check received from Fulton Superior (.1) | 37.50 |
| 1/26/2010 | HCB | Telephone conference with<br>Telephone conference with Scott Askue regarding disbursement of funds, tax returns prepared by Hardwick (.2); Telephone conference with Don Florence regarding disbursement of funds (.2); Telephone conference with Scott Askue regarding funds and taxes (.2); Various email to parties regarding disbursements (.3); Receipt of dismissals from Don Florence (.3) | 450.00 |
| 1/27/2010 | HCB | Attorney<br>Voice mail to CPA Greg Hardwick (.1); Email to Scott Askue regarding Hardwick (.1); Telephone conference with Don Florence regarding payment, dismissals (.3); Telephone conference with Kathy Malek regarding checks to Don Florence (.1) | 225.00 |
| 2/2/2010 | ESM | Attorney<br>Review dismissals of two Fulton State Court and one Superior Court lawsuit; review dockets for determination whether counterclaims are pending; check dockets at State Court and review file in Superior Court regarding same; file dismissal in Superior Court action | 420.00 |
|  | HCB | Review<br>Review of draft Joint Motion to Stay Appeal and email to Eric Lang regarding same (.3); Office conference with Mr. Mangiafico regarding filing dismissals (.5) | 300.00 |

Valerie Smith Bankruptcy                                                                                                    Page    9

|            |     |                                                                                                                              |        | Amount      |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|--------|-------------|
| 2/3/2010   | HCB | Telephone conference with<br>Telephone call from Jim Cline regarding dismissals of litigation (.2)                           |        | 75.00       |
| 2/10/2010  | HCB | Email<br>Email from Eric Lang regarding tax refund (.1); Telephone conference with Scott Askue regarding tax refund, sale of personalty, status of case (.4); Telephone conference with Eric Lang regarding offer to settle appeal, tax refund, Northgate (.4); Email from and to Eric Lang regarding settlement offer, other issues (.1) |        | 375.00      |
|            |     | **For professional services rendered**                                                                                       |        | **$39,178.00** |

Additional Charges :

|            |     |                                                                                                                              | Price  |             |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|--------|-------------|
| 6/15/2009  | HCB | Parking<br>Parking Charges                                                                                                   | 8.00   | 8.00        |
| 6/20/2009  | HCB | Postage                                                                                                                      | 0.44   | 32.12       |
| 12/5/2009  | KLR | Postage<br>Service of Motion to Approve Settlement, Notice of Hearing, Motion to Shorten Notice Period                       | 0.61   | 4.27        |
|            | KLR | Postage<br>Service of Notice of Hearing on Motion to Approve Settlement                                                      | 0.44   | 29.04       |
| 12/10/2009 | KLR | Postage<br>Service of Notice of Reassignment of Hearing to consider Compromise and Settlement                                | 0.61   | 47.58       |
|            | KLR | Photocopies<br>Service copies of Notice of Reassigment of Hearing                                                            | 0.10   | 39.00       |
| 1/8/2010   | HCB | Parking<br>Parking Charges - Meeting with Scott Askue                                                                        | 12.00  | 12.00       |
|            |     | **Total costs**                                                                                                              |        | **$172.01** |
|            |     | **Total amount of this bill**                                                                                                |        | **$39,350.01** |
|            |     | Balance due                                                                                                                  |        | $39,350.01  |

Valerie Smith Bankruptcy                                                                                    Page   10

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Edgar S. Mangiafico, Jr. | 1.40 | 300.00 | $420.00 |
| Herbert C. Broadfoot II | 101.20 | 375.00 | $37,950.00 |
| Lisa Boardman Burnette | 3.10 | 205.00 | $635.50 |
| Karen L. Rudd | 1.50 | 115.00 | $172.50 |

## CERTIFICATE OF SERVICE

I certify that I have served the *"FIRST INTERIM APPLICATION OF RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES" and Notice of Hearing Thereon* by depositing true and correct copies in the United States Mail, first class postage prepaid, addressed to the parties listed below and the attached supplemental matrix:

| Office of the United States Trustee<br>Suite 362<br>75 Spring Street SW<br>Atlanta, GA 30303-3330 | Danny L. Coleman, Esq.<br>Law Office of Danny L. Coleman, PC<br>Suite 5785<br>2475 Northwinds Parkway<br>Alpharetta, GA 30009 | Eric C. Lang, Esq.<br>The Lang Legal Group<br>Suite 570<br>1800 Century Place<br>Alpharetta, GA 30345-4315 |
|---|---|---|
| S. Gregory Hays, Esq.<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420 | Valerie Miesse Smith<br>PO Box 191268<br>Atlanta, GA 31119-1268 | Graydon W. Florence, Esq.<br>480 Mt. Vernon Highway NE<br>Atlanta, GA 30328-4142 |
| Joseph J. Burton, Jr., Esq<br>Burton & Armstrong, LLP<br>Two Ravinia Drive, Suite 1750<br>Atlanta, GA 30346 | | |

Dated: February 13, 2010

*Ragsdale, Beals, Seigler, Patterson & Gray, LLP*

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Trustee S. Gregory Hays*

2400 International Tower, Peachtree Center
229 Peachtree Street, NE
Atlanta, GA 30303
(404) 588-0500
(404) 523-6714 facsimile
broadfoot@rbspg.com

# SUPPLEMENTAL MATRIX
# EXHIBIT 'A'

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Center Blvd.<br>Suite 18136<br>Atlanta, GA 30345 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 11108<br>Atlanta, GAS 30321-10108 | Grady Health System<br>80 Jesse Hill Jr. Dr. SE<br>Atlanta, GA 30303-3050 |
| Graydon W. Florence, Esq.<br>480 Mt. Vernon Way NE<br>Atlanta, GA 30328-4142 | Green Point Savings<br>PO Box 84013<br>Columbus, GA 31908-4013 | Gregory Hardwick, Esq.<br>Hardwick, Dunagan & Co.<br>6 Lenox Pointe NE<br>Atlanta, GA 30324-3167 |
| HIS Financial Services, LLC<br>1000 Circle 75 Parkway<br>Suite 400<br>Atlanta, GA 30339-6051 | Harry Norman Realtors<br>532 E. Paces Ferry Road<br>Suite 300<br>Atlanta, GA 30305-2602 | Headlands Mortgage Co.<br>1160 N. Dutton Avenue<br>Santa Rosa, CA 95401-4600 |
| Homebanc c/o<br>Law Office of Danny Coleman, PC<br>Suite 575<br>2475 Northwinds Parkway<br>Alpharetta, GA 30009-4847 | HSBC/NEIMM c/o<br>Law Office of Danny Coleman, PC<br>Suite 575<br>2475 Northwinds Parkway<br>Alpharetta, GA 30009-4847 | HSBC/Saks<br>140 W. Industrial Drive<br>Elmhurst, IL 60126-1602 |
| Internal Revenue Service<br>Centralized Insolvency Ops.<br>PO Box 21126<br>Philadelphia, PA 19114-0326 | Jaguar Credit<br>PO Box 111897<br>Nashville, TN 37222-1897 | James Nelson Cline<br>570 Colonial Park Drive<br>Suite 303<br>Roswell, GA 30075-3770 |
| Jefferson Allen, Esq.<br>Cohen, Cooper, Estep, et al.<br>3350 Riverwood Parkway<br>Suite 2220<br>Atlanta, GA 30339-3362 | Keith Wood<br>Yates Insurance<br>4 Executive Park<br>Atlanta, GA 30329-2245 | Kelly, Kitchens & Gaynes<br>11 Piedmont Center, Suite 900<br>3495 Piedmont Road<br>Atlanta, GA 30305 |
| Lenox Pines, LLC c/o<br>Graydon W. Florence, Esq.<br>480 Mt. Vernon Hwy. NE<br>Atlanta, GA 30328-4142 | Lenox Pines, LLC<br>PO Box 190909<br>Atlanta, GA 31119-0909 | Linder Security<br>300 Atlanta Technology Center<br>Suite 320, 1575 Northside Dr. NW<br>Atlanta, GA 3031-4237 |
| Lord & Taylor<br>424 5th Avenue<br>New York, NY 10008-2771 | M. T. Simmons, Jr.<br>850 First National Bank Bldg.<br>Gainesville, GA 30506 | Macy's/FDSB<br>Macy's Bankruptcy<br>PO Box 8053<br>Mason, OH 45040-8053 |
| MedCore, Inc.<br>PO Box 1203<br>Oaks, PA 19456-1203 | Northside Hospital<br>PO Box 101757<br>Atlanta, GA 30392-1757 | American Express Centurion Bank<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| HSBC Bank Nevada, NA<br>c/o Bass & Associates, PC<br>3936 E. Ft. Lowell Road<br>Suite 200<br>Tucson, AZ 85712-1083 | JPMorgan Chase Bank<br>1587 NE Expressway<br>Atlanta, GA 30329-2401 | Northgate Gallery<br>585200<br>Highway 153<br>Hixson, TN 37343-3794 |
| Adam Glenken<br>Weinstock & Scavo<br>3405 Piedmont Road, Ste 300<br>Atlanta, GA 30305-1743 | American Express c/o<br>Becket & Lee<br>PO Box 3001<br>Malvern, PA 19355-0701 | Bank of America<br>PO Box 17054<br>Wilmington, DE 19884-0001 |
| Bodker Ramsey Andrews, et al.<br>One Securities Center<br>Suite 1400<br>3490 Piedmont Road NE<br>Atlanta, GA 30305-1743 | Caldwell & Watson<br>5325 Glenridge Drive, NE<br>Building 2, Suite 200<br>Atlanta, GA 30342 | Carlton Fields<br>PO Box 3239<br>Tampa, FL 33601-3239 |

- 7 -

| | | |
|---|---|---|
| Center for Women's Care<br>1140 Hammond Drive<br>F-6230<br>Atlanta, GA 30328-5338 | Chase Bankruptcy Department<br>PO Box 10018<br>Kennesaw, GA 30156-9204 | Chase Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850-8298 |
| Chase Manhattan Bankruptcy Department<br>PO Box 15295<br>Wilmington, DE 19850-5298 | Chase Manhattan Bankruptcy<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Chubb & Son<br>4836 Brecksville Road<br>Richfield, OH 44286-9177 |
| Daniel Britt<br>215 Northwest Parkway<br>Suite D<br>Marietta, GA 30067-9302 | Daniel Britt<br>401 Atlanta Venue SW<br>Atlanta, GA 30315 | Debt Alert<br>4836 Brecksville Rd,<br>PO Box 539<br>Richfield, OH 44286-0539 |
| DeKalb County Fire & Rescue<br>PO Box 102371<br>Atlanta, GA 30368-2371 | Emory Medical Care Foundation<br>101 W. Ponce de Leon Av.<br>Decatur, GA 30030-2528 | FIA Card Service NA, Bank of America by American Infosource<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 |
| FIA/CSNA<br>PO Box 26012<br>Nc4-105-02-77<br>Greensboro, NC 47420-6012 | GE Security Supra<br>PO Box 9781484<br>El Paso, TX 79998-1484 | Genworth Life & Annuity Insurance<br>700 Main Street<br>PO Box 1280<br>El Paso, TX 79947-1280 |
| Pete Chambers<br>One Midtown Plaza, Suite 1030<br>1360 Peachtree St. NE<br>Atlanta, GA 30309-3283 | Receivable Management Services<br>4836 Brecksville Road,<br>PO Box 539<br>Richfield, OH 44286-0539 | Rita Bahn or Clerk of Court<br>State Court of Fulton County<br>185 Central Avenue, SW<br>Suite 3755<br>Atlanta, GA 30303-6239 |
| Robert Wildstein<br>3490 Piedmont Road<br>Suite 1400<br>Atlanta, GA 30305-3283 | Roy A. (Troy) Adams<br>11675 Rainwater Drive<br>Suite 425<br>Alpharetta, GA 30009-8694 | State of Georgia, Dept of Revenue<br>PO Box 161108<br>Atlanta, GA 30321-1108 |
| St. Joseph's Hospital<br>PO Box 102046<br>Atlanta, GA 30368-2046 | St. Joseph's of Atlanta<br>5665 Peachtree Dunwoody NE<br>Atlanta, GA 30342-1701 | Stephen Clifford<br>Once Securities Center, Suite 400<br>3490 Piedmont Road<br>Atlanta, GA 30305-1743 |
| SunTrust<br>PO Box 3513<br>Orlando, FL 32802-3513 | SunTrust Bank Atlanta,<br>1 Park Place<br>Atlanta, GA 30342-1701 | Talbots<br>175 Best Street<br>Hingham MA 02043 |
| Target<br>3901 West 53rd St,<br>Sioux Falls, SD 57106-4221 | TNB – Visa<br>PO Box 9475<br>Minneapolis, MN 55440-9475` | TreeCrest Landscape Design<br>4632 Hancock Way<br>Lilburn, GA 30047-4263 |
| Washington Mutual<br>PO Box 25308<br>Santa Ana, CA 92799-5308 | Washington Mutual, Bankruptcy Department<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256-6851 | Westlaw<br>610 Opperman Drive<br>St. Paul MN 55123-1396 |
| WFNNB/Express<br>PO Box 182273<br>Columbus, OH 43218-2273 | Zwicker & Associates<br>80 Minuteman Road<br>Andover, MA 01810-1008 | |

- 8 -