UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| VALERIE MIESSE SMITH, | : | CASE NO. 09-68384-PWB |
| | : | |
| Debtor. | : | |

**SECOND INTERIM APPLICATION OF RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**THE SECOND APPLICATION** of Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Attorneys for S. Gregory Hays, Trustee in the above captioned case ("Trustee"), respectfully represents:

1.

Valerie Miesse Smith ("Debtor") filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 1, 2009. The Court appointed S. Gregory Hays as interim Chapter 7 Trustee and he thereafter became the permanent Trustee.

2.

On June 12, 2009, the Trustee filed his Application to Employ Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("RBSPG"), as attorneys for the Trustee. On June 16, 2009, the Court entered its Order Granting the Application and approving the employment by the Trustee of RBSPG to render legal services to the Trustee.

3.

On February 12, 2010, RBSPG filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses. After notice and hearing, RBSPG was awarded and paid a total of $39,350.01.

4.

RPSPG makes this second interim application for compensation for professional services rendered to the Trustee during the Chapter 7 case pursuant to §§ 330 and 331.

5.

All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor, or any other person or persons.

6.

No agreement or understanding exists between RBSPG and any other person for the sharing of compensation received of to be received for services rendered in connection with this case.

7.

The time expended and services performed by RBSPG are duly itemized and set forth in **Exhibit "A"** attached hereto and by reference incorporated herein and made part of this Second Application. The time period covered by this Second Application is from February 12, 2010 through October 31, 2010.

7.

RBSPG seeks interim compensation in the amount of $15,562.50. This request was calculated by applying hourly rates to the time spent rendering services to the Trustee. Most of the time as spent by Herbert C. Broadfoot II, a partner of RBPSG.

8.

In addition to the requested interim compensation, RBSPG seeks reimbursement of $62.70 for actual, necessary expenses incurred in connection with rendering legal services to the Trustee and the estate.

**WHEREFORE,** RPSPG prays that it be granted second interim compensation in the amount of $15,562.50 for legal services rendered to the Trustee and the estate; that it be reimbursed $62.70 for actual, necessary expenses incurred in connection with rendering the services; and that it have such other and further relief as may be just and proper.

Dated: November 29, 2010.

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Chapter 7 Trustee*

RAGSDALE, BEALS, SEIGLER,
 PATTERSON & GRAY, LLP
2400 International Tower Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (fax)

Exhibit "A"

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629
Tax ID #58-1255413


Invoice submitted to:
S. Gregory Hays, Trustee
3343 Peachtree Road
Suite 750
Atlanta, GA 30326-1085


November 29, 2010

In Reference To:   Valerie Smith, Chapter 7 Case No. 09-68384-PWB

Invoice #19857


Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 2/12/2010 | Prepare Application for First Interim Compensation | 0.50<br>375.00/hr | 187.50 |
| 2/13/2010 | Prepare, file and serve Application for First Interim Compensation as Trustee counsel (2.0) | 2.00<br>375.00/hr | 750.00 |
| 2/17/2010 | Telephone conference with Scott Askue regarding tax refund claim, status of case (.3) | 0.30<br>375.00/hr | 112.50 |
| 3/1/2010 | Telephone conference with Eric Lang regarding tax refund claim; status of case administration; objections to claims (.3); Email from and to Scott Askue regarding tax issue (.1) | 0.40<br>375.00/hr | 150.00 |
| 3/4/2010 | Receipt and review of Objection to Payment of Compensation and subpoenas for Scott Askue and Greg Hays (.3); Telephone conference with Scott Askue regarding Objection and hearing (.3) | 0.60<br>375.00/hr | 225.00 |
| 3/5/2010 | Telephone conference with Scott Askue regarding subpoena, contacting Eric Lang to seek resolution (.3); Conference call with Eric Lang, Scott Askue to seek resolution of tax refund matter (.7); Review documents related to tax issue (.5); Telephone call from attorney Marty Ochs regarding Objection to Application for Compensation (.3) | 1.80<br>375.00/hr | 675.00 |
| 3/6/2010 | Telephone conference with Greg Hays regarding hearing on compensation, subpoena (.4) | 0.40<br>375.00/hr | 150.00 |
| 3/8/2010 | Telephone calls with Greg Hays regarding hearing on application for compensation (.5); Telephone conference with Scott Askue regarding hearing (.3); Prepare Motion to Quash Subpoena, Affidavit for Trustee (.8) | 1.60<br>375.00/hr | 600.00 |

S. Gregory Hays, Trustee                                                                                                   Page    2

|            |                                                                                                                                                                                                                                                                                                                                     | Hrs/Rate          | Amount   |
|------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 3/9/2010   | Attend hearing on application for interim compensation; conference with Greg Hays regarding hearing; attend further hearing and confer with Eric Lang, Valerie Smith and Greg Hays following hearing (5.5); Telephone conference with Greg Hays regarding documents, meeting, tax return issue (.3); Email to Scott Askue and Eric Lang regarding meeting (.1) | 5.90<br>375.00/hr | 2,212.50 |
| 3/10/2010  | Telephone call from Greg Hays regarding tax refund matters (.3); Telephone conference with Eric Lang, regarding meeting to discuss tax refund (.2); Telephone conference with Scott Askue regarding status (.2); Email from and to Eric Lang regarding meeting (.1)                                                                                          | 0.80<br>375.00/hr | 300.00   |
| 3/12/2010  | Conference at Hays Financial offices with Scott Askue, Bob Meehan, Dick Atcheson, Valerie Smith and Eric Lang regarding tax refund issues, including meetings before and after conference with Trustee's associates (3.8); Multiple emails to and from Eric Lang and telephone conferences with Eric Lang and Scott Askue regarding continued hearing (1.5) | 5.30<br>375.00/hr | 1,987.50 |
| 3/15/2010  | Telephone conference with Scott Askue regarding continued hearing (.3)                                                                                                                                                                                                                                                              | 0.30<br>375.00/hr | 112.50   |
| 3/16/2010  | Attend continued hearing on Application for Interim Compensation (1.0); Prepare Order Allowing Compensation (.5), Telephone conference with Greg Hays regarding hearing (.2)                                                                                                                                                          | 1.70<br>375.00/hr | 637.50   |
| 3/17/2010  | Email draft Order on compensation to Eric Lang (.1); Telephone conference with Scott Askue regarding notebooks and records (.2)                                                                                                                                                                                                     | 0.30<br>375.00/hr | 112.50   |
| 3/23/2010  | Email from Eric Lang regarding Royston records and telephone conference with Scott Askue regarding same (.2)                                                                                                                                                                                                                        | 0.20<br>375.00/hr | 75.00    |
| 3/24/2010  | Email from Eric Lang regarding tax returns, books and records and forward same to Scott Askue (.2); Telephone conference with Scott Askue regarding tax returns, books and records (.2)                                                                                                                                             | 0.40<br>375.00/hr | 150.00   |
| 3/25/2010  | Telephone conference with Eric Lang regarding tax issues, records (.3); Email from Eric Lang regarding records (.1); Email from Dick Atcheson regarding refund (.1); Telephone conference with Scott Askue regarding records and refund (.3)                                                                                       | 0.80<br>375.00/hr | 300.00   |
| 3/26/2010  | Telephone conference with Scott Askue and Dick Atcheson regarding refund request (.3); Conference call with Eric Lang, Valerie Smith, Askue, Atcheson regarding refund request, books and records (.3)                                                                                                                              | 0.60<br>375.00/hr | 225.00   |
| 3/30/2010  | Telephone conference with Scott Askue regarding records, tax refund application (.3)                                                                                                                                                                                                                                                | 0.30<br>375.00/hr | 112.50   |
| 3/31/2010  | Conference with Scott Askue regarding records, tax refund (.5)                                                                                                                                                                                                                                                                      | 0.50<br>375.00/hr | 187.50   |

S. Gregory Hays, Trustee                                                                                                           Page    3

|            |                                                                                                                                                                                                                                                                                                   | Hrs/Rate          | Amount   |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|----------|
| 4/2/2010   | Telephone conference with Eric Lang regarding meeting (.1); Telephone conference with Scott Askue regarding meeting (.1); Attend meeting with Eric Lang, Valerie Smith, Scott Askue, and Dick Atcheson regarding tax refund (3.0); Telephone conference with Greg Hays regarding tax issues (.3) | 3.50 375.00/hr    | 1,312.50 |
| 4/5/2010   | Email from Dick Atcheson regarding 2007 tax return (.1)                                                                                                                                                                                                                                           | 0.10 375.00/hr    | 37.50    |
| 4/6/2010   | Email from Eric Lang regarding tax refunds, work papers and claims objections, forward to Trustee (.3); Telephone conference with Eric Lang and Valerie Smith regarding taxes (.2)                                                                                                                | 0.50 375.00/hr    | 187.50   |
| 4/12/2010  | Telephone call from Scott Askue regarding tax return; meeting to review claims (.2)                                                                                                                                                                                                               | 0.20 375.00/hr    | 75.00    |
| 4/13/2010  | Telephone conference with Greg Hays regarding status of case, meeting regarding claims (.3); Email from and to Eric Lang regarding meeting (.1)                                                                                                                                                   | 0.40 375.00/hr    | 150.00   |
| 4/15/2010  | Office conference with Eric Lang and Valerie Smith regarding objections to claims, tax refund (1.2); Telephone conference with Greg Hays regarding request for tax refund, tax attorney, status of case (.4)                                                                                      | 1.60 375.00/hr    | 600.00   |
| 6/3/2010   | Review draft claims objections of Eric Lang; forward to Greg Hays and Scott Askue (.4)                                                                                                                                                                                                            | 0.40 375.00/hr    | 150.00   |
| 6/17/2010  | Telephone conference with Scott Askue regarding IRS refund status, objections to claims, funds available (.4)                                                                                                                                                                                     | 0.40 375.00/hr    | 150.00   |
| 6/28/2010  | Email from and to Eric Lang regarding claims objections, tax refund, meeting (.3)                                                                                                                                                                                                                 | 0.30 375.00/hr    | 112.50   |
| 7/13/2010  | Email from Scott Askue regarding IRS refund received (.1); Email to Eric Lang and telephone conference with Eric regarding refund, meeting to discuss claims objections (.2)                                                                                                                      | 0.20 375.00/hr    | 75.00    |
| 7/21/2010  | Email from and to Eric Lang regarding meeting (.1); Email to Greg Hays and Scott Askue regarding meeting, accounting (.1)                                                                                                                                                                         | 0.20 375.00/hr    | 75.00    |
| 7/22/2010  | Review of interim report draft and telephone conference with Scott Askue (.2)                                                                                                                                                                                                                     | 0.20 375.00/hr    | 75.00    |
| 7/23/2010  | Email to Eric Lang to forward funds ledger (.1); Office conference with Valerie Smith and Eric Lang regarding objections to claims (.7); Telephone conference with Scott Askue regarding meeting (.1)                                                                                             | 0.90 375.00/hr    | 337.50   |
| 8/16/2010  | Email from and to attorney Jefferson Allen regarding claim (.1); Telephone conference with Scott Askue regarding subpoenas issued by Eric Lang, claims resolution (.3); Telephone conference with Jefferson Allen regarding claim resolution process (.4)                                         | 0.80 375.00/hr    | 300.00   |

S. Gregory Hays, Trustee                                                                                                       Page     4

|            |                                                                                                                                                                                                                                                              | Hrs/Rate          | Amount      |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-------------|
| 8/20/2010  | Telephone call from attorney Heather Brown regarding subpoena whether claim is property of estate                                                                                                                                                                  | 0.30<br>375.00/hr | 112.50      |
| 8/23/2010  | Email to attorney Jay Burton regarding supplemental claims, subpoenas issued to various parties (1.0); Telephone conference with attorney Sharon Lewonski regarding subpoena to Epstein firm (.4)                                                                  | 1.40<br>375.00/hr | 525.00      |
| 8/31/2010  | Email from Scott Askue regarding distribution analysis showing additional funds needed                                                                                                                                                                             | 0.20<br>375.00/hr | 75.00       |
| 9/20/2010  | Telephone call from Jeff Allen regarding negotiation with Eric Lang on objection to claim                                                                                                                                                                          | 0.20<br>375.00/hr | 75.00       |
| 9/21/2010  | Court Appearance on motion to quash subpoena, confer with Eric Lang (1.0), Telephone conference with Scott Askue regarding hearing, status of claims objections/settlement (.3)                                                                                    | 1.30<br>375.00/hr | 487.50      |
| 10/19/2010 | Review proposal from Eric Lang and prepare draft response (1.0)                                                                                                                                                                                                    | 1.00<br>375.00/hr | 375.00      |
| 10/21/2010 | Telephone conference with Scott Askue regarding closing case (.4)                                                                                                                                                                                                  | 0.40<br>375.00/hr | 150.00      |
| 10/22/2010 | Email from Eric Lang regarding documents on sale of personalty (.1); Email from Eric Lang regarding claims resolution (.1); Telephone conference with Scott Askue regarding status of case, abandonment of claim; claims objections (.3)                           | 0.50<br>375.00/hr | 187.50      |
|            | Email from Eric Lang regarding abandonment of claims (.1)                                                                                                                                                                                                          | 0.10<br>375.00/hr | 37.50       |
| 10/23/2010 | Email from Jeff Allen regarding compromise offer on claims (.1); Email to Eric Lang regarding abandonment of claims by Trustee, appeal dismissed.                                                                                                                  | 0.20<br>375.00/hr | 75.00       |
| 10/25/2010 | Telephone call from Eric Lang and Valerie Smith regarding issues remaining to conclude case, including claims settlement, discharge, appeal (.6)                                                                                                                   | 0.60<br>375.00/hr | 225.00      |
|            | Telephone conference with Scott Askue regarding Northgate, claims resolution (.3); Telephone conference with Eric Lang and Valerie Smith regarding issues remaining to conclude case, including claims settlement, discharge and appeal (.6)                       | 0.90<br>375.00/hr | 337.50      |
|            | For professional services rendered                                                                                                                                                                                                                                 | 41.50             | $15,562.50  |
|            | Additional Charges :                                                                                                                                                                                                                                               |                   |             |
| 2/13/2010  | Postage - Interim Application for Compensation                                                                                                                                                                                                                     |                   | 28.60       |
|            | Copying cost, Application for Compensation                                                                                                                                                                                                                         |                   | 19.10       |

S. Gregory Hays, Trustee                                                                                                Page     5

|  |  | Amount |
|---|---|---:|
| 3/12/2010 | Parking Charges - meeting regarding case | 15.00 |
|  | Total additional charges | $62.70 |
|  | Total amount of this bill | $15,625.20 |
|  | Balance due | $15,625.20 |

Thank you for choosing us to assist you with your legal needs.

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Herbert C. Broadfoot II | 41.50 | 375.00 | $15,562.50 |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *"SECOND INTERIM APPLICATION OF RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES"* by depositing copies in the United States Mail, first class postage prepaid to the following:

| | |
|---|---|
| Martin Ochs, Esq.<br>Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, S.W.<br>Atlanta, GA 30303 | S. Gregory Hays<br>Hays Financial Consulting, LLC<br>Suite 200<br>3343 Peachtree Road, NE<br>Atlanta, GA 30326-1420 |
| Graydon W. Florence, Esq.<br>480 Mt. Vernon Highway NE<br>Atlanta, GA 30328-2142 | Danny L. Coleman, Esq.<br>Law Office of Danny Coleman, P.C.<br>Suite 575<br>2475 Northwinds Parkway<br>Alpharetta, GA 30009 |
| Eric C. Lang, Esq.<br>The Lang Legal Group, LLC<br>1800 Century Place, Suite 570<br>Atlanta, GA 30345 | Joseph J. Burton, Jr., Esq.<br>Burton & Armstrong, LLP<br>Two Ravinia Drive, Suite 1750<br>Atlanta, GA 30346 |
| Valerie Miesse Smith<br>PO Box 191268<br>Atlanta, GA 30346 | |

This 29th day of November, 2010

/s/ Herbert C. Broadfoot II
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Chapter 7 Trustee*

RAGSDALE, BEALS, SEIGLER,
 PATTERSON & GRAY, LLP
2400 International Tower Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1629
(404) 588-0500
(404) 523-6714 (fax)
broadfoot@rbspg.com