UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| VALERIE MIESSE SMITH | CASE NO. 09-68384-PWB |
| Debtor. | |

**FINAL APPLICATION OF RAGSDALE, BEALS, SEIGLER, PATTERSON & GRAY, LLP, ATTORNEYS FOR CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**THE FINAL APPLICATION** of Ragsdale, Beals, Seigler, Patterson & Gray, LLP, Attorneys for S. Gregory Hays, Trustee in the above captioned case ("Trustee"), respectfully represents:

1.

Valerie Miesse Smith ("Debtor") filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 1, 2009. The Court appointed S. Gregory Hays as interim Chapter 7 Trustee and he thereafter became the permanent Trustee.

2.

On June 12, 2009, the Trustee filed his Application to Employ Ragsdale, Beals, Seigler, Patterson & Gray, LLP ("RBSPG"), as attorneys for the Trustee. On June 16, 2009, the Court entered its Order Granting the Application and approving the employment by the Trustee of RBSPG to render legal services to the Trustee.

3.

On February 12, 2010, RBSPG filed its First Interim Application for Allowance of Compensation and Reimbursement of Expenses. After notice and hearing, RBSPG was awarded and paid a total of $39,350.01.

4.

On November 29, 2010, RBSPG filed its Second Interim Application for Allowance of Compensation and Reimbursement of Expenses. After notice and hearing, RBSPG was awarded and paid a total of $15,625.20.

5.

RPSPG makes this final application for compensation for professional services rendered to the Trustee during the Chapter 7 case pursuant to §§ 328 and 330 of the Bankruptcy Code.

6.

All services for which compensation is requested were performed for the Trustee and the estate and not on behalf of any committee, creditor, or any other person or persons.

7.

No agreement or understanding exists between RBSPG and any other person for the sharing of compensation received or to be received for services rendered in connection with this case.

8.

The time expended and services performed by RBSPG are duly itemized and set forth in **Exhibit** "A" attached hereto and by reference incorporated herein and made part of this Final Application. The time period covered by this Final Application is from November 1, 2010 through the date on this Final Application.

9.

RBSPG seeks final compensation in the amount of $17,737.50. This request was calculated by applying hourly rates to the time spent rendering services to the Trustee. Most of the time as spent by Herbert C. Broadfoot II, a partner of RBPSG.

10.

RBSPG anticipates that additional services will be required before the case is closed. RBSPG therefore requests that it be permitted to supplement this Final Application prior to the closing of the case.

11.

In addition to the requested final compensation, RBSPG seeks reimbursement of $47.70 for actual, necessary expenses incurred in connection with rendering legal services to the Trustee and the estate.

**WHEREFORE,** RPSPG prays that it be granted final compensation in the amount of $17,737.50, plus an additional amount to be determined prior to the closing of the case for legal services rendered to the Trustee and the estate; that it be reimbursed $47.70 for actual, necessary

expenses incurred in connection with rendering the services; and that it have such other and further relief as may be just and proper.

Dated: May 11, 2011.

*[signature]*
Herbert C. Broadfoot II
Georgia Bar No. 083750
*Attorneys for Chapter 7 Trustee*

RAGSDALE, BEALS, SEIGLER,
PATTERSON & GRAY, LLP
2400 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303-1628
(404) 588-0500; (404) 523-6714 fax
Broadfoot@rbspg.com

# Exhibit "A"

Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629
Tax ID #58-1255413


Invoice submitted to:
S. Gregory Hays, Trustee
3343 Peachtree Road
Suite 750
Atlanta, GA 30326-1085


May 12, 2011
In Reference To:  Valerie Smith, Chapter 7 Case No. 09-68384-PWB
Invoice #20486


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/17/2010 | HCB | Telephone call from Eric Lang from regarding closing case, Northgate, Motion to Disburse (.3); Email from Eric Lang regarding fee disclosure, Northgate bond (.3); Email to Greg Hays and Scott Askue regarding closing case (.3) | 0.90<br>$375.00/hr | $337.50 |
| 11/29/2010 | HCB | Multiple telephone conferences with Eric Lang regarding Motion to Disburse (.5); Multiple telephone conferences with Scott Askue regarding interim compensation applications; Motion to Disburse (.8); Prepare Second Application for Interim Compensation, Notice of Hearing, file and serve same (2.0); Telephone conference with Martin Ochs regarding Motion to Disburse (.2) | 3.50<br>$375.00/hr | $1,312.50 |
| 11/30/2010 | HCB | Prepare for hearing including memo to Martin Ochs (.7); Attend hearing on Motion to Disburse, claims (2.5); Telephone conference with Scott Askue regarding hearing (.3) | 3.50<br>$375.00/hr | $1,312.50 |
| 12/1/2010 | HCB | Office conference with Greg Hays regarding closing case, Motion to Disburse Funds, appeal and auction company (.4) | 0.40<br>$375.00/hr | $150.00 |
|  | HCB | Email from Eric Lang regarding tax issue (debtor returns versus estate returns); forward to Trustee Hays (.1) | 0.10<br>$375.00/hr | $37.50 |
| 12/7/2010 | HCB | Telephone conference with Greg Hays regarding hearing (.3); Attend status conference regarding payments to creditors and debtors (2.0) | 2.30<br>$375.00/hr | $862.50 |
|  | HCB | Telephone call from Eric Lang regarding status (.1); Receipt and review of proposed Order on claims (.1); Telephone conference with Greg Hays regarding hearing in Florida, concern with Consent Order (.3) | 0.50<br>$375.00/hr | $187.50 |

S. Gregory Hays, Trustee                                                                                                Page    2

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                    | Hrs/Rate              | Amount     |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|------------|
| 12/9/2010  | HCB | Telephone conference with Eric Lang regarding disbursement (.5)                                                                                                                                                                                                                                                                                                                                                                                                    | 0.50 $375.00/hr       | $187.50    |
| 12/10/2010 | HCB | Conference with Valerie Smith and Eric Lang at his office; Multiple telephone conferences with Greg Hays, Martin Ochs and Scott Askue; Conference call with Judge Brizendine regarding Motion to Disburse (5.0)                                                                                                                                                                                                                                                    | 5.00 $375.00/hr       | $1,875.00  |
| 12/13/2010 | HCB | Email from and to Eric Lang regarding disbursement of funds (.1)                                                                                                                                                                                                                                                                                                                                                                                                   | 0.10 $375.00/hr       | $37.50     |
| 12/17/2010 | HCB | Prepare Consent Order; Multiple telephone conversations and emails with Eric Lang, Greg Hays, Scott Askue and Martin Ochs (3.5)                                                                                                                                                                                                                                                                                                                                    | 3.50 $375.00/hr       | $1,312.50  |
| 12/21/2010 | HCB | Attend hearing on Fee Application in Smith case (2.5)                                                                                                                                                                                                                                                                                                                                                                                                              | 2.50 $375.00/hr       | $937.50    |
| 12/22/2010 | HCB | Telephone conference with Marty Ochs regarding numerical error in Consent Order on Distribution of Funds (.2); Prepare Amended Consent Order (.3); Telephone conference with Beth Ann Harrill regarding Amended Consent Order, distribution of funds, turnover of jewelry to debtor (.2); Telephone calls and emails to creditors regarding distribution of payments, no wire transfers (3.0); Telephone conference with Marty Ochs regarding status of distribution (.2) | 3.90 $375.00/hr       | $1,462.50  |
| 12/27/2010 | HCB | Several emails to and from Eric Lang, Tricia Ammari and Greg Hays to schedule jewelry turnover to Valerie Smith (.5)                                                                                                                                                                                                                                                                                                                                               | 0.50 $375.00/hr       | $187.50    |
| 12/28/2010 | HCB | Prepare jewelry receipt, documents for meeting to turnover jewelry (.5); Attend meeting at SunTrust with attorney Tricia Ammari, Greg Hays, Valerie Smith regarding jewelry (1.5); Further meeting with Greg Hays, Valerie Smith, Tricia Ammari and the jeweler regarding turnover of jewelry (1.5)                                                                                                                                                                | 3.50 $375.00/hr       | $1,312.50  |
| 12/29/2010 | HCB | Draft receipt for painting (.3)                                                                                                                                                                                                                                                                                                                                                                                                                                    | 0.30 $375.00/hr       | $112.50    |
| 12/30/2010 | HCB | Telephone conference with Eric Lang regarding turnover of painting (.2); Email to Greg Hays regarding painting (.1)                                                                                                                                                                                                                                                                                                                                                | 0.30 $375.00/hr       | $112.50    |
| 1/3/2011   | HCB | Telephone call from Eric Lang regarding meeting to turnover painting (.1); Email to Greg Hays and Scott Askue regarding painting (.1); Telephone conference with Scott Askue regarding painting, time to meet (.2); Telephone conference with Eric Lang regarding meeting to turnover painting (.2); Finalize Receipt for painting and forward to Eric Lang (.3); Email from Eric Lang with revision to Receipt (.1); Email to Eric Lang regarding revision (.1); Email to Greg Hays regarding Receipt (.1) | 1.20 $375.00/hr       | $450.00    |
| 1/4/2011   | HCB | Numerous emails and telephone calls with Eric Lang, Greg Hays, Scott Askue and Valerie Smith regarding turnover of painting by Trustee; Draft and revise Receipt for painting (4.0)                                                                                                                                                                                                                                                                                | 4.00 $375.00/hr       | $1,500.00  |

S. Gregory Hays, Trustee									Page	3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/5/2011 | HCB | Telephone call from Eric Lang regarding Receipt document (.4); Further Telephone conference with Eric Lang (.3); Telephone conference with Greg Hays regarding Receipt document (.3); Email to Greg Hays regarding Receipt document (.1) | 1.10<br>$375.00/hr | $412.50 |
| 1/6/2011 | HCB | Email from Eric Lang, forward to Greg Hays (.1); Telephone conference with Eric Lang regarding painting receipt (.3); Telephone conference with Greg Hays regarding same (.2); Telephone conference with Scott Askue regarding meeting, receipt (.2); Meeting at SunTrust with Eric Lang, Valerie Smith and Scott Askue to turnover painting (1.3); Telephone conference with Greg Hays to report on turnover (.1); Email to Martin Ochs regarding status of case (.2) | 2.40<br>$375.00/hr | $900.00 |
| 1/17/2011 | HCB | Email from and to Greg Hays regarding Buffington and Old National dismissals, $5,000.00 check to Lang Legal not cleared (.2) | 0.20<br>$375.00/hr | $75.00 |
| 2/1/2011 | HCB | Email from and to Scott Askue regarding amount of insurance policies; (.1); Telephone conference with Eric Lang regarding status of tax return (.1) | 0.20<br>$375.00/hr | $75.00 |
| 2/15/2011 | HCB | Telephone conference with Scott Askue regarding tax return (.1); Email from and to Eric Lang regarding tax return to be filed (.1) | 0.30<br>$375.00/hr | $112.50 |
| 2/22/2011 | HCB | Email to Eric Lang to forward estate tax returns, prompt determination requests (.2) | 0.20<br>$375.00/hr | $75.00 |
| 2/25/2011 | HCB | Telephone conference with Eric Lang regarding status of closing case, application for accountants (.2); Telephone conference with Scott Askue regarding Application to Employ Accountants, closing case (.2); Prepare Application to Employ Accountants and Proposed Order (.3) | 0.70<br>$375.00/hr | $262.50 |
| 3/1/2011 | HCB | Email from Eric Lang regarding tax return (.1) | 0.10<br>$375.00/hr | $37.50 |
| 3/14/2011 | HCB | Telephone conference with Scott Askue regarding order to be presented to Judge Bonapfel for administrative expense payment of tax, status of hearing (.2) | 0.20<br>$375.00/hr | $75.00 |
| 3/15/2011 | HCB | Court Appearance for Hearing on Trustee's Application for tax payment reimbursement (1.2); Telephone conference with Scott Askue to report on hearing, discuss closing case (.3) | 1.50<br>$375.00/hr | $562.50 |
| 3/17/2011 | HCB | Prepare Report of Sale and send to Trustee for review (.4) | 0.40<br>$375.00/hr | $150.00 |
| 4/7/2011 | HCB | Email from and to Eric Lang regarding closing case, information requested (.2) | 0.20<br>$375.00/hr | $75.00 |
| 4/18/2011 | HCB | Telephone conference with Scott Askue regarding 505b letter, closing case (.3) | 0.30<br>$375.00/hr | $112.50 |

S. Gregory Hays, Trustee                                                                                                   Page    4

|            |     |                                                                                                                                                                                                                                                                                          | Hrs/Rate              | Amount        |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------|---------------|
| 4/19/2011  | HCB | Email to Eric Lang regarding closing case (.2); Review time records to respond to Eric Lang (.3)                                                                                                                                                                                                     | 0.50<br>$375.00/hr    | $187.50       |
| 4/20/2011  | HCB | Telephone call from Eric Lang regarding requesting Trustee time records (.2)                                                                                                                                                                                                                         | 0.20<br>$375.00/hr    | $75.00        |
| 5/3/2011   | HCB | Email from Eric Lang regarding closing case, forward to Trustee (.1); Email from Trustee regarding closing case (.1); Prepare draft Final Application for Compensation (.5)                                                                                                                          | 0.70<br>$375.00/hr    | $262.50       |
| 5/4/2011   | HCB | Email to Eric Lang regarding pickup of records for Old National and Buffington (.1) Email from and to Eric Lang regarding bank records, check copies, Trustee time records (.2); Telephone call from Eric Lang regarding closing status, Trustee time records (.3); Finalize Final Application for Compensation (.5) | 1.10<br>$375.00/hr    | $412.50       |
| 5/5/2011   | HCB | Telephone conference with Scott Askue regarding Final Application for Compensation (.2)                                                                                                                                                                                                              | 0.20<br>$375.00/hr    | $75.00        |
| 5/10/2011  | HCB | Telephone call from Eric Lang regarding Trustee's Final Report (.2) Email to Trustee regarding Eric's request for copy of IRS letter (.1)                                                                                                                                                            | 0.30<br>$375.00/hr    | $112.50       |
|            |     | For professional services rendered                                                                                                                                                                                                                                                                   | 47.30                 | $17,737.50    |
|            |     | Additional Charges :                                                                                                                                                                                                                                                                                 |                       |               |
| 11/29/2010 |     | Copying cost, Second Interim Application for Compensation                                                                                                                                                                                                                                            |                       | $19.10        |
|            |     | Postage, Second Application for Interim Compensation                                                                                                                                                                                                                                                 |                       | $28.60        |
|            |     | Total additional charges                                                                                                                                                                                                                                                                             |                       | $47.70        |
|            |     | Total amount of this bill                                                                                                                                                                                                                                                                            |                       | $17,785.20    |
|            |     | Previous balance                                                                                                                                                                                                                                                                                     |                       | $15,625.20    |
|            |     | Accounts receivable transactions                                                                                                                                                                                                                                                                     |                       |               |
| 12/22/2010 |     | Payment, thank you!. Check No.                                                                                                                                                                                                                                                                       |                       | ($15,625.20)  |
|            |     | Total payments and adjustments                                                                                                                                                                                                                                                                       |                       | ($15,625.20)  |
|            |     | Balance due                                                                                                                                                                                                                                                                                          |                       | $17,785.20    |

Thank you for choosing us to assist you with your legal needs.

S. Gregory Hays, Trustee                                                                                          Page    5

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Herbert C. Broadfoot II | 47.30 | $375.00 | $17,737.50 |