UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re: SMITH, VALERIE § Case No. 09-68384-PWB
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

S. GREGORY HAYS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,432,434.00              Assets Exempt: $223,611.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $730,037.24     Claims Discharged
                                                  Without Payment: $50,437.94

Total Expenses of Administration: $165,341.93

3) Total gross receipts of $ 1,468,440.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 573,060.83 (see **Exhibit 2**), yielded net receipts of $895,379.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,090,458.00 | $702.82 | $702.82 | $702.82 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 165,341.93 | 165,341.93 | 165,341.93 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 7,315.00 | 7,315.00 | 7,315.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 402,866.74 | 3,987,554.00 | 722,019.42 | 722,019.42 |
| **TOTAL DISBURSEMENTS** | $1,493,324.74 | $4,160,913.75 | $895,379.17 | $895,379.17 |

    4)  This case was originally filed under Chapter 7 on April 01, 2009. The case was pending for 33 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/17/2012         By: /s/S. GREGORY HAYS
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Household Furniture | 1129-000 | 129,290.00 |
| Life Insurance | 1129-000 | 1,061,079.90 |
| 2004 Jaguar XJ8 | 1129-000 | 13,500.00 |
| Tax Refunds | 1224-000 | 262,225.22 |
| Interest Income | 1270-000 | 2,344.88 |
| **TOTAL GROSS RECEIPTS** | | **$1,468,440.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Valerie Smith | Per order dated 9/1/09, docket # 65. | 8100-002 | 4,000.00 |
| Valerie Smith | Per court order dated 10/9/09, docket # 84. | 8100-002 | 5,000.00 |
| Meredith Miesse | Per court order dated 10/9/09, docket # 84. | 8100-002 | 3,000.00 |
| Valerie Smith | Per court order dated 11/4/09, docket # 97. | 8100-002 | 1,000.00 |
| Valerie Smith | Per court order dated 11/5/09, docket # 99. | 8100-002 | 13,500.00 |
| Valerie Smith | Per court order dated 1/4/10, docket # 115. | 8100-002 | 15,000.00 |
| Valerie Smith and The Lang Legal Group LLC Trust Account | Per court order entered 1/11/10, Docket #118 less $15,000 advanced 1/4/10 | 8100-002 | 153,611.00 |
| Lang Legal Group, LLC Trust Fund | Payment per 12/22/10 order, docket # 173 - surplus funds to debtor | 8200-002 | 195,000.00 |
| The Lang Legal Group LLC Trust Fund | Payment per 12/21/10 Court Order - Docket # 169 - | | |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |
|---|---|---|---|
|  | surplus funds to debtor | 8200-002 | 5,000.00 |
| Valerie Smith | Purchase of Jaguar with Exempt Funds | 8100-002 | 13,500.00 |
| The Lang Legal Group, LLC Trust Fund | Per court order, docket #198 | 8200-002 | 164,449.83 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** |  |  | **$573,060.83** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | STATE OF GEORGIA | 4700-000 | N/A | 702.82 | 702.82 | 702.82 |
| NOTFILED | Washington Mutual Mortgage | 4110-000 | 1,090,458.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** |  |  | **$1,090,458.00** | **$702.82** | **$702.82** | **$702.82** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| S. GREGORY HAYS | 2100-000 | N/A | 48,018.96 | 48,018.96 | 48,018.96 |
| S. GREGORY HAYS | 2200-000 | N/A | 3,931.90 | 3,931.90 | 3,931.90 |
| Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 3210-000 | N/A | 72,478.00 | 72,478.00 | 72,478.00 |
| Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 3220-000 | N/A | 282.41 | 282.41 | 282.41 |
| Jeffrey K. Kerr & Company LLC | 3410-000 | N/A | 1,204.00 | 1,204.00 | 1,204.00 |
| Jeffrey K. Kerr & Company LLC | 3420-000 | N/A | 92.66 | 92.66 | 92.66 |
| Etheridge Settlement Conferences, Inc. | 2990-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| Etheridge Settlement Conferences Inc | 2990-000 | N/A | 3,900.00 | 3,900.00 | 3,900.00 |
| Hardwick Dunagan & Company PC | 2990-000 | N/A | 303.00 | 303.00 | 303.00 |
| SunTrust Bank | 2990-000 | N/A | 50.00 | 50.00 | 50.00 |
| SunTrust Bank | 2990-000 | N/A | 15.00 | 15.00 | 15.00 |
| Department of the Treasury | 2810-000 | N/A | 1,621.00 | 1,621.00 | 1,621.00 |
| Northgate Gallery, Inc. | 3610-000 | N/A | 32,160.00 | 32,160.00 | 32,160.00 |
| Northgate Gallery, Inc. | 3610-000 | N/A | 150.00 | 150.00 | 150.00 |
| Hays Financial Consulting, LLC | 2990-000 | N/A | -65.00 | -65.00 | -65.00 |
| SunTrust Bank | 2990-000 | N/A | -65.00 | -65.00 | -65.00 |
| Hays Financial Consulting, LLC | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | |
|---|---|---|---|---|
| SunTrust Bank | 2990-000 | N/A | -65.00 | -65.00 | -65.00 |
| Reverse duplicate entry | 2990-000 | N/A | 65.00 | 65.00 | 65.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 165,341.93 | 165,341.93 | 165,341.93 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Stephen Clifford | 5100-000 | 0.00 | 7,315.00 | 7,315.00 | 7,315.00 |
| NOTFILED | Georgia Department of Revenue | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 7,315.00 | 7,315.00 | 7,315.00 |

## EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carlton Fields | 7100-000 | 176,590.00 | 176,590.51 | 65,000.00 | 65,000.00 |
| 2 | Keith Wood | 7100-000 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| 2I | Keith Wood | 7990-000 | 0.00 | 25.42 | 25.42 | 25.42 |
| 3I | Stephen Clifford | 7990-000 | 0.00 | 74.37 | 74.37 | 74.37 |
| 4 | Graydon W. Florence Jr. | 7100-000 | 0.00 | 1,819,079.17 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | 25,000.00 | 23,523.88 | 23,523.88 | 23,523.88 |
| 5I | American Express Centurion Bank | 7990-000 | 0.00 | 239.18 | 239.18 | 239.18 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 1,126.44 | 1,126.44 | 1,126.44 |
| 6I | American Express Centurion Bank | 7990-000 | N/A | 11.45 | 11.45 | 11.45 |
| 7 | Hardwick, Dunagan, & Co | 7100-000 | 12,484.80 | 12,484.80 | 6,000.00 | 6,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 46,262.00 | 46,262.26 | 46,262.26 | 46,262.26 |
| 8I | FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | 0.00 | 470.37 | 470.37 | 470.37 |
| 9 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 33,628.00 | 34,428.85 | 34,428.85 | 34,428.85 |
| 9I | FIA CARD SERVICES, NA/BANK OF AMERICA | 7990-000 | 0.00 | 350.05 | 350.05 | 350.05 |
| 10 | Weinstock & Scavo, PC, c/o Adam Gleklen | 7100-000 | 24,649.00 | 29,155.25 | 17,500.00 | 17,500.00 |
| 11I | STATE OF GEORGIA | 7990-000 | N/A | 7.15 | 7.15 | 7.15 |
| 12 | Jefferson M. Allen PC | 7100-000 | 26,315.00 | 34,915.00 | 24,500.00 | 24,500.00 |
| 13 | Bodker Ramsey Andrews Winograd & Wildstein, P.C. | 7100-000 | 5,000.00 | 4,745.85 | 0.00 | 0.00 |
| 14 | Lenox Pines, LLC | 7100-000 | N/A | 32,592.00 | 0.00 | 0.00 |
| 14 -2 | Lenox Pines, LLC | 7100-000 | N/A | 32,592.00 | 0.00 | 0.00 |
| 14 -3 | Lenox Pines, LLC | 7100-000 | 0.00 | 500,000.00 | 500,000.00 | 500,000.00 |
| 15 | David L Smith, JR., Britton McLeon | 7100-000 | N/A | 1,200,000.00 | 0.00 | 0.00 |
| 16 | Trust Under Will Dorsey R. Smith | 7100-000 | N/A | 36,380.00 | 0.00 | 0.00 |
| NOTFILED | MedCore, Inc. | 7100-000 | 1,536.23 | N/A | N/A | 0.00 |
| NOTFILED | Linder Security | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Macys/fdsb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lord & Taylor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSI Financial Services, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kelly, Kitchens & Gaynes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Headlands Mortgage Co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Green Point Savings | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Harry Norman, Realtors | 7100-000 | 425.25 | N/A | N/A | 0.00 |
| NOTFILED | HIS Financial Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Homebanc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jaguar Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/neimn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/saks | 7100-000 | 1,677.00 | N/A | N/A | 0.00 |
| NOTFILED | James Nelson Cline | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ritu Bahn or Clerk of Court | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wachington Mutual | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Treecrest Landscape Design | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Westlaw | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/express | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | M.T. Simmons, Jr. | 7100-000 | 1,312.50 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Zwicker & Associates | 7100-000 | 1,126.44 | N/A | N/A | 0.00 |
| NOTFILED | Zwicker & Associates | 7100-000 | 23,003.46 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Talbots | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Grady Health System | 7100-000 | 799.00 | N/A | N/A | 0.00 |
| NOTFILED | Pete Chambers | 7100-000 | 293.00 | N/A | N/A | 0.00 |
| NOTFILED | Receivable Management Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roy A. (Tony) Adams | 7100-000 | 2,465.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Joseph's Hospital | 7100-000 | 411.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust Bank Atlanta | 7100-000 | 3,050.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Joseph's of Atlanta | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Suntrust | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northside Hospital | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Emory Medical Care Foundation | 7100-000 | 547.00 | N/A | N/A | 0.00 |
| NOTFILED | Grady Health System | 7100-000 | 2,513.84 | N/A | N/A | 0.00 |
| NOTFILED | Dekalb Co. Fire & Rescue Service | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Security Supra | 7100-000 | 106.89 | N/A | N/A | 0.00 |
| NOTFILED | Fia CSNA | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Debt Alert | 7100-000 | 566.99 | N/A | N/A | 0.00 |
| NOTFILED | Genworth Life & Annuity Insurance | 7100-000 | 192.40 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail S | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel Britt | 7100-000 | 1,132.95 | N/A | N/A | 0.00 |
| NOTFILED | Center for Women's Care | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Caldwell & Watson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Manhattan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chubb & Son | 7100-000 | 566.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 402,866.74 | 3,987,554.00 | 722,019.42 | 722,019.42 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-68384-PWB  
**Case Name:** SMITH, VALERIE  

**Trustee:** (300320) S. GREGORY HAYS  
**Filed (f) or Converted (c):** 04/01/09 (f)  
**§341(a) Meeting Date:** 05/11/09  

**Period Ending:** 01/16/12  
**Claims Bar Date:** 09/22/09  

| 1<br>Ref. # Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1006 Brookhaven Lane, Atlanta, GA | 1,375,000.00 | 0.00 | OA | 0.00 | FA |
| 2  Cash | 20.00 | 20.00 | OA | 0.00 | FA |
| 3  Checking-Suntrust | 6,000.00 | 6,000.00 | OA | 0.00 | FA |
| 4  Business (Old National) Checking - Suntrust | Unknown | 0.00 | OA | 0.00 | FA |
| 5  Business (Buffington) Checking - Suntrust | 500.00 | 500.00 | OA | 0.00 | FA |
| 6  Business ( Valerie Smith Interiors) Checking - S | 40.00 | 40.00 | OA | 0.00 | FA |
| 7  Household Furniture | 7,000.00 | 2,000.00 |  | 129,290.00 | FA |
| 8  Art Collection<br>     Proceeds from the sale of art is included in the sale of Household Furniture asset. Twachtman painting was abandoned per Order, docket # 169. | 15,000.00 | 0.00 | OA | 0.00 | FA |
| 9  Rugs<br>     Proceeds from the sale of Rugs is included in the sale of Household Furniture asset. | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 10  Clothing, Shoes and Assessories<br>     Any proceeds from the sale of Clothing, Shoes and Assessories is included in the sale of Household Furniture asset. | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 11  Rings, Watches, Misc Jewlrly<br>     Proceeds from the sale of jewelry is included in the sale of Household Furniture asset. All jewelry that remained in the possess of the Trustee was abandoned per Order, docket # 169. | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 12  Golf Clubs | 300.00 | 300.00 | OA | 0.00 | FA |
| 13  Valerie Smith Interiors | Unknown | 0.00 | OA | 0.00 | FA |
| 14  Buffington Villages, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 15  Old National Villages, LLC | Unknown | 0.00 | OA | 0.00 | FA |
| 16  Claims Against Estate of David Smith and Trust | Unknown | 0.00 | OA | 0.00 | FA |
| 17  Life Insurance<br>     Debtor filed an appeal to the Court's determination of the Debtor's exemption in the life insurance proceeds. | 1,000,000.00 | 795,389.00 |  | 1,061,079.90 | FA |

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-68384-PWB  
**Case Name:** SMITH, VALERIE  

**Trustee:** (300320) S. GREGORY HAYS  
**Filed (f) or Converted (c):** 04/01/09 (f)  
**§341(a) Meeting Date:** 05/11/09  

**Period Ending:** 01/16/12  
**Claims Bar Date:** 09/22/09  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 18 | Late Husband's Estate | Unknown | 0.00 | OA | 0.00 | FA |
| 19 | Claims against Robert Strickland et al | Unknown | 0.00 | OA | 0.00 | FA |
| 20 | Real Estate License | Unknown | 0.00 | OA | 0.00 | FA |
| 21 | 2004 Jaguar XJ8 | 15,200.00 | 11,700.00 | | 13,500.00 | FA |
| 22 | 2004 Volvo S60 | 3,574.00 | 3,574.00 | OA | 0.00 | FA |
| 23 | Tax Refunds (u) | Unknown | 262,225.22 | | 262,225.22 | FA |
| 24 | Claims Against Reliastar Insurance | Unknown | 0.00 | OA | 0.00 | FA |
| 25 | Claims Against Atlanta Police / Grady Hospital | Unknown | 0.00 | OA | 0.00 | FA |
| 26 | Claims Against Caldwell & Watson | Unknown | 0.00 | OA | 0.00 | FA |
| 27 | Claims against Danny Coleman | Unknown | 0.00 | OA | 0.00 | FA |
| 28 | Claims Relating to Other Entities     As described in Debtor's Verified Supplemental Statement of Claims, docket # 130. | Unknown | 0.00 | OA | 0.00 | FA |
| 29 | Claims Objection To     As described in Debtor's Verified Supplemental Statement of Claims, docket # 130. | Unknown | 0.00 | OA | 0.00 | FA |
| 30 | Claims Currently Released     As described in Debtor's Verified Supplemental Statement of Claims, docket # 130. | Unknown | 0.00 | OA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,344.88 | FA |
| 31 | **Assets    Totals** (Excluding unknown values) | **$2,454,634.00** | **$1,093,748.22** | | **$1,468,440.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 30, 2011      **Current Projected Date Of Final Report (TFR):**   August 8, 2011  (Actual)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | SUNTRUST BANK |
| | | | Account: | ********7360 - Money Market Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/14/10 | | Bank of New York Mellon | Wire transfer from BNYM | 9999-000 | 680,000.00 | | 680,000.00 |
| 09/14/10 | | SunTrust Bank | Wire transfer fee - Refunded on 5/25/11. | 2990-000 | | 15.00 | 679,985.00 |
| 09/28/10 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 206.82 | | 680,191.82 |
| 09/30/10 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 191.82 | | 680,383.64 |
| 09/30/10 | Int | SunTrust Bank | Reverse entry for interest earned | 1270-000 | -191.82 | | 680,191.82 |
| 10/27/10 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 390.71 | | 680,582.53 |
| 11/26/10 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 387.01 | | 680,969.54 |
| 12/21/10 | 95 | The Lang Legal Group LLC Trust Fund | Payment per 12/21/10 Court Order - Docket # 169 - surplus funds to debtor | 8200-002 | | 5,000.00 | 675,969.54 |
| 12/21/10 | | Bank of New York Mellon | Wire transfer to Bank of New York Mellon | 9999-000 | | 250,000.00 | 425,969.54 |
| 12/22/10 | | Bank of New York Mellon | Wire transfer to Bank of New York Mellon | 9999-000 | | 230,000.00 | 195,969.54 |
| 12/22/10 | | SunTrust Bank | 2 wire transfer fees - Refunded on 5/25/11. | 2990-000 | | 50.00 | 195,919.54 |
| 12/29/10 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 354.62 | | 196,274.16 |
| 01/27/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 101.39 | | 196,375.55 |
| 02/28/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 85.29 | | 196,460.84 |
| 03/29/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 71.06 | | 196,531.90 |
| 04/29/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 62.47 | | 196,594.37 |
| 05/25/11 | | SunTrust Bank | Reverse of Wire fees on 9/14/10 ($15) and 12/22/10 ($50) | 2990-000 | | -65.00 | 196,659.37 |
| 05/25/11 | | SunTrust Bank | Return of account analysis fees | 2990-000 | | -65.00 | 196,724.37 |
| 05/25/11 | | Reverse duplicate entry | | 2990-000 | | 65.00 | 196,659.37 |
| 05/26/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 62.49 | | 196,721.86 |
| 06/30/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 71.16 | | 196,793.02 |
| 07/31/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 62.55 | | 196,855.57 |
| 08/26/11 | Int | SUNTRUST BANK | Interest Earned | 1270-000 | 62.57 | | 196,918.14 |
| 08/26/11 | | Bank of New York Mellon | Transfer funds to Bank of New York Mellon | 9999-000 | | 196,918.14 | 0.00 |
| 12/21/11 | | SunTrust Bank | Reverse Adjustment of 12/21/2011 | 9999-000 | 250,000.00 | | 250,000.00 |
| 12/21/11 | | SunTrust Bank | Wire transfer from SunTrust Bank | 9999-000 | | 250,000.00 | 0.00 |
| 12/22/11 | | SunTrust Bank | Reverse adjustment of 12/22/2011 | 9999-000 | 230,000.00 | | 230,000.00 |
| 12/22/11 | | SunTrust Bank | Wire transfer from SunTrust Bank | 9999-000 | | 230,000.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,161,918.14 | 1,161,918.14 | $0.00 |
| | | | Less: Bank Transfers | | 1,160,000.00 | 1,156,918.14 | |
| | | | Subtotal | | 1,918.14 | 5,000.00 | |
| | | | Less: Payments to Debtors | | | 5,000.00 | |
| | | | NET Receipts / Disbursements | | $1,918.14 | $0.00 | |

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/30/09 | | From Account #********6466 | Transfer from Operating to MMA | 9999-000 | 36,665.22 | | 36,665.22 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 36,665.26 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.54 | | 36,666.80 |
| 09/01/09 | | To Account #********6466 | Transfer from MMA to Operating | 9999-000 | | 4,000.00 | 32,666.80 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.09 | | 32,668.89 |
| 10/16/09 | | From Account #********6466 | Transfer from Operating to MMA | 9999-000 | 88,532.00 | | 121,200.89 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 6.69 | | 121,207.58 |
| 11/04/09 | | To Account #********6466 | Transfer from MMA to Operating | 9999-000 | | 1,000.00 | 120,207.58 |
| 11/10/09 | | To Account #********6466 | Transfer from MMA to Operating | 9999-000 | | 15,000.00 | 105,207.58 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 11.30 | | 105,218.88 |
| 12/14/09 | | From Account #********6466 | Transfer from Operating to MMA | 9999-000 | 800.00 | | 106,018.88 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 10.74 | | 106,029.62 |
| 01/04/10 | | To Account #********6466 | Transfer from MMA to Operating | 9999-000 | | 18,900.00 | 87,129.62 |
| 01/25/10 | | From Account #********6466 | Transfer from Operating to MMA | 9999-000 | 1,061,079.90 | | 1,148,209.52 |
| 01/26/10 | | To Account #********6466 | Transfer from MMA to Operating | 9999-000 | | 653,611.00 | 494,598.52 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 16.02 | | 494,614.54 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 45.42 | | 494,659.96 |
| 03/18/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0700% | 1270-000 | 30.82 | | 494,690.78 |
| 03/18/10 | | Wire out to BNYM account 9200******6465 | Wire out to BNYM account 9200******6465 | 9999-000 | -494,690.78 | | 0.00 |
| | | | ACCOUNT TOTALS | | 692,511.00 | 692,511.00 | $0.00 |
| | | | Less: Bank Transfers | | 692,386.34 | 692,511.00 | |
| | | | Subtotal | | 124.66 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $124.66 | $0.00 | |

{} Asset reference(s)                                                                                                                 Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# FORM 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-68384-PWB  
**Case Name:** SMITH, VALERIE  

**Trustee:** S. GREGORY HAYS (300320)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****64-66 - Checking Account  
**Blanket Bond:** $81,385,000.00 (per case limit)  

**Taxpayer ID #:** **-***1862  
**Period Ending:** 01/16/12  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/14/09 | {23} | Georgia Department of Revenue | Income tax refund 1/1/06 - 12/31/06 | | 1224-000 | 11,773.22 | | 11,773.22 |
| 07/20/09 | {23} | Valerie Smith | Tax Refund | | 1224-000 | 24,892.00 | | 36,665.22 |
| 07/30/09 | | To Account #********6465 | Transfer from Operating to MMA | | 9999-000 | | 36,665.22 | 0.00 |
| 08/20/09 | {23} | US Treasury | Tax Refund - Valerie Smith on 7/20/09 | | 1224-000 | 24,892.00 | | 24,892.00 |
| 08/20/09 | {23} | Valerie Smith | Reversed Deposit 100002 1 Tax Refund | | 1224-000 | -24,892.00 | | 0.00 |
| 09/01/09 | | From Account #********6465 | Transfer from MMA to Operating | | 9999-000 | 4,000.00 | | 4,000.00 |
| 09/01/09 | 101 | Valerie Smith | Per order dated 9/1/09, docket # 65. | | 8100-002 | | 4,000.00 | 0.00 |
| 09/04/09 | {23} | Georgia Dept of Revenue | 2008 Income Tax Refund | | 1224-000 | 52.00 | | 52.00 |
| 10/08/09 | | Northgate Gallery Inc | Proceeds from auction | | | 96,480.00 | | 96,532.00 |
| | {7} | Northgate Gallery, Inc. | Gross Auction Proceeds | 128,640.00 | 1129-000 | | | 96,532.00 |
| | | Northgate Gallery, Inc. | Auctioneer Commission | -32,160.00 | 3610-000 | | | 96,532.00 |
| 10/14/09 | | Valerie Smith | Purchase of Jaguar with Exempt Funds per Order dated 10/9/09, docket # 84. | | | 0.00 | | 96,532.00 |
| | {21} | Valerie Smith | Purchased of Jaguar with Exempt Funds | 13,500.00 | 1129-000 | | | 96,532.00 |
| | | Valerie Smith | Purchase of Jaguar with Exempt Funds | -13,500.00 | 8100-002 | | | 96,532.00 |
| 10/14/09 | 102 | Valerie Smith | Per court order dated 10/9/09, docket # 84. | | 8100-002 | | 5,000.00 | 91,532.00 |
| 10/14/09 | 103 | Meredith Miesse | Per court order dated 10/9/09, docket # 84. | | 8100-002 | | 3,000.00 | 88,532.00 |
| 10/16/09 | | To Account #********6465 | Transfer from Operating to MMA | | 9999-000 | | 88,532.00 | 0.00 |
| 11/04/09 | | From Account #********6465 | Transfer from MMA to Operating | | 9999-000 | 1,000.00 | | 1,000.00 |
| 11/04/09 | 104 | Valerie Smith | Per court order dated 11/4/09, docket # 97. | | 8100-002 | | 1,000.00 | 0.00 |
| 11/10/09 | | From Account #********6465 | Transfer from MMA to Operating | | 9999-000 | 15,000.00 | | 15,000.00 |
| 11/10/09 | 105 | Valerie Smith | Per court order dated 11/5/09, docket # 99. | | 8100-002 | | 13,500.00 | 1,500.00 |
| 11/12/09 | {7} | Cash | Proceeds from sale of refrigerator | | 1129-000 | 50.00 | | 1,550.00 |
| 11/12/09 | | Northgate Gallery Inc | Proceeds from sale of carpet and silver tray | | | 450.00 | | 2,000.00 |
| | {7} | Northgate Gallery, Inc. | Gross Proceeds | 600.00 | 1129-000 | | | 2,000.00 |
| | | Northgate Gallery, Inc. | Auctioneer Commission | -150.00 | 3610-000 | | | 2,000.00 |
| 11/12/09 | 106 | Etheridge Settlement Conferences, Inc. | Deposit - Mediation Conference 11/16/09 per court order dated 11/5/09, , docket # 98. | | 2990-000 | | 1,200.00 | 800.00 |
| 12/14/09 | | To Account #********6465 | Transfer from Operating to MMA | | 9999-000 | | 800.00 | 0.00 |
| 01/04/10 | | From Account #********6465 | Transfer from MMA to Operating | | 9999-000 | 18,900.00 | | 18,900.00 |
| 01/04/10 | 107 | Valerie Smith | Per court order dated 1/4/10, docket # 115. | | 8100-002 | | 15,000.00 | 3,900.00 |
| 01/04/10 | 108 | Etheridge Settlement Conferences Inc | Per court order dated 1/4/10, docket # 114. | | 2990-000 | | 3,900.00 | 0.00 |
| 01/21/10 | {17} | Fulton County Clerk of Superior Court | Proceeds from life insurance policy | | 1129-000 | 1,061,079.90 | | 1,061,079.90 |

Subtotals :   $1,233,677.12   $172,597.22

{} Asset reference(s)   Printed: 01/16/2012 10:59 AM   V.12.57

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-66 - Checking Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/10 | | To Account #********6465 | Transfer from Operating to MMA | 9999-000 | | 1,061,079.90 | 0.00 |
| 01/26/10 | | From Account #********6465 | Transfer from MMA to Operating | 9999-000 | 653,611.00 | | 653,611.00 |
| 01/26/10 | 109 | Lenox Pines, LLC | Per court order entered 1/11/10, Docket #118. | 7100-000 | | 500,000.00 | 153,611.00 |
| 01/26/10 | 110 | Valerie Smith and The Lang Legal Group LLC Trust Account | Per court order entered 1/11/10, Docket #118 less $15,000 advanced 1/4/10 | 8100-002 | | 153,611.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,887,288.12 | 1,887,288.12 | $0.00 |
| | | | Less: Bank Transfers | | 692,511.00 | 1,187,077.12 | |
| | | | Subtotal | | 1,194,777.12 | 700,211.00 | |
| | | | Less: Payments to Debtors | | | 208,611.00 | |
| | | | NET Receipts / Disbursements | | $1,194,777.12 | $491,600.00 | |

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-65 - Money Market Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/18/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | Wire in from JPMorgan Chase Bank, N.A. account ********6465 | 9999-000 | 494,690.78 | | 494,690.78 |
| 03/19/10 | | To Account #9200******6466 | Transfer from MMA to Operating | 9999-000 | | 39,350.01 | 455,340.77 |
| 03/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 21.07 | | 455,361.84 |
| 04/28/10 | | To Account #9200******6466 | Transfer from MMA to Operating | 9999-000 | | 303.00 | 455,058.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 44.91 | | 455,103.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 46.39 | | 455,150.14 |
| 06/09/10 | | From Account #9200******6466 | Transfer from Operating to MMA | 9999-000 | 64,219.00 | | 519,369.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 49.54 | | 519,418.68 |
| 07/20/10 | | From Account #9200******6466 | Transfer from Operating to MMA | 9999-000 | 161,289.00 | | 680,707.68 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 59.30 | | 680,766.98 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.1200% | 1270-000 | 69.37 | | 680,836.35 |
| 09/13/10 | | To Account #9200******6466 | Transfer from MMA to Operating | 9999-000 | | 680,000.00 | 836.35 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 11.18 | | 847.53 |
| 01/07/11 | | From Account #9200******6466 | Transfer from Operating to MMA | 9999-000 | 6,157.64 | | 7,005.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,005.21 |
| 02/21/11 | | To Account #9200******6466 | Transfer from MMA to Operating | 9999-000 | | 1,621.00 | 5,384.21 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 5,384.26 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,384.30 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,384.34 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,384.38 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,384.42 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 5,384.46 |
| 08/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 5,384.49 |
| 08/25/11 | | To Account #9200******6466 | Transfer from MMA to Operating | 9999-000 | | 5,384.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 726,658.50 | 726,658.50 | $0.00 |
| | | | Less: Bank Transfers | | 726,356.42 | 726,658.50 | |
| | | | **Subtotal** | | **302.08** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$302.08** | **$0.00** | |

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-66 - Checking Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/19/10 | | From Account #9200******6465 | Transfer from MMA to Operating | 9999-000 | 39,350.01 | | 39,350.01 |
| 03/19/10 | 10111 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Professional services rendered 6/1/09 - 2/10/10. Per court order entered 3/18/10, Docket #125. | | | 39,350.01 | 0.00 |
| | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Awarded Fees.    39,178.00 | 3210-000 | | | 0.00 |
| | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Awarded Expenses.    172.01 | 3220-000 | | | 0.00 |
| 04/28/10 | | From Account #9200******6465 | Transfer from MMA to Operating | 9999-000 | 303.00 | | 303.00 |
| 04/28/10 | 10112 | Hardwick Dunagan & Company PC | Per court order dated 4/27/10, docket # 128. | 2990-000 | | 303.00 | 0.00 |
| 05/25/10 | {23} | Georgia Department of Revenue | Income tax refund 1/1/06 - 12/31/06 | 1224-000 | 64,219.00 | | 64,219.00 |
| 06/09/10 | | To Account #9200******6465 | Transfer from Operating to MMA | 9999-000 | | 64,219.00 | 0.00 |
| 07/13/10 | {23} | United States Treasury | Tax refund - 2006 | 1224-000 | 161,289.00 | | 161,289.00 |
| 07/20/10 | | To Account #9200******6465 | Transfer from Operating to MMA | 9999-000 | | 161,289.00 | 0.00 |
| 09/13/10 | | From Account #9200******6465 | Transfer from MMA to Operating | 9999-000 | 680,000.00 | | 680,000.00 |
| 09/14/10 | | S Gregory Hays, Chapter 7 Trustee for Valerie Smith | Wire transfer to SunTrust Bank | 9999-000 | | 680,000.00 | 0.00 |
| 12/21/10 | | SunTrust Bank | Wire transfer from SunTrust Bank | 9999-000 | 250,000.00 | | 250,000.00 |
| 12/21/10 | 10113 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Payment per order dated 12/22/10, docket # 171. | | | 15,625.20 | 234,374.80 |
| | | | Payment for Trustee Attorney fees per 12/22/10 order    15,562.50 | 3210-000 | | | 234,374.80 |
| | | | Payment for Trustee Attorney expenses per 12/22/10 order    62.70 | 3220-000 | | | 234,374.80 |
| 12/21/10 | 10114 | S. Gregory Hays, Trustee for the estate of Valerie Smith | Payment per 12/22/10 order, docket # 170. | | | 33,179.92 | 201,194.88 |
| | | | Payment for Trustee Compensation per 12/22/10 order    30,487.65 | 2100-000 | | | 201,194.88 |
| | | | Payment for Trustee Compensation per 12/22/10 order    2,692.27 | 2200-000 | | | 201,194.88 |
| 12/22/10 | | SunTrust Bank | Wire transfer from SunTrust Bank | 9999-000 | 230,000.00 | | 431,194.88 |
| 12/22/10 | 10115 | Lang Legal Group, LLC Trust Fund | Payment per 12/22/10 order, docket # 173 - surplus funds to debtor | 8200-002 | | 195,000.00 | 236,194.88 |
| 12/22/10 | 10116 | Carlton Fields | Payment per 12/22/10 order, docket # 173 - Claim #1 | 7100-000 | | 65,000.00 | 171,194.88 |

Subtotals :    $1,425,161.01    $1,253,966.13

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-66 - Checking Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00  (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/22/10 | 10117 | Keith Wood | Payment per 12/22/10 order, docket # 173 - Claim #2 | | | 2,525.42 | 168,669.46 |
| | | | 2,500.00 | 7100-000 | | | 168,669.46 |
| | | | 25.42 | 7990-000 | | | 168,669.46 |
| 12/22/10 | 10118 | Stephen Clifford | Payment per 12/22/10 order, docket # 173 - Claim #3 | | | 7,389.37 | 161,280.09 |
| | | | 7,315.00 | 5100-000 | | | 161,280.09 |
| | | | 74.37 | 7990-000 | | | 161,280.09 |
| 12/22/10 | 10119 | American Express Centurion Bank | Payment per 12/22/10 order, docket # 173 - Claim #5 | | | 23,763.06 | 137,517.03 |
| | | | 23,523.88 | 7100-000 | | | 137,517.03 |
| | | | 239.18 | 7990-000 | | | 137,517.03 |
| 12/22/10 | 10120 | American Express Centurion Bank | Payment per 12/22/10 order, docket # 173 - Claim #6 | | | 1,137.89 | 136,379.14 |
| | | | 1,126.44 | 7100-000 | | | 136,379.14 |
| | | | 11.45 | 7990-000 | | | 136,379.14 |
| 12/22/10 | 10121 | Hardwick, Dunagan, & Co. | Payment per 12/22/10 order, docket # 173 - Claim #7 | 7100-000 | | 6,000.00 | 130,379.14 |
| 12/22/10 | 10122 | FIA Card Services, NA/Bank of America | Payment per 12/22/10 order, docket # 173 - Claim #8 | | | 46,732.63 | 83,646.51 |
| | | | 46,262.26 | 7100-000 | | | 83,646.51 |
| | | | 470.37 | 7990-000 | | | 83,646.51 |
| 12/22/10 | 10123 | FIA Card Services, NA/Bank of America | Payment per 12/22/10 order, docket # 173 - Claim #9 | | | 34,778.90 | 48,867.61 |
| | | | 34,428.85 | 7100-000 | | | 48,867.61 |
| | | | 350.05 | 7990-000 | | | 48,867.61 |
| 12/22/10 | 10124 | Weinstock & Scavo, PC | Payment per 12/22/10 order, docket # 173 - Claim #10 | 7100-000 | | 17,500.00 | 31,367.61 |
| 12/22/10 | 10125 | State of Georgia Department of Revenue | Payment per 12/22/10 order, docket # 173 - Claim #11 | | | 709.97 | 30,657.64 |
| | | | 702.82 | 4700-000 | | | 30,657.64 |
| | | | 7.15 | 7990-000 | | | 30,657.64 |
| 12/22/10 | 10126 | Jefferson M. Allen PC | Payment per 12/22/10 order, docket # 173 - Claim #12 | 7100-000 | | 24,500.00 | 6,157.64 |
| 01/07/11 | | To Account #9200******6465 | Transfer from Operating to MMA | 9999-000 | | 6,157.64 | 0.00 |
| 02/21/11 | | From Account #9200******6465 | Transfer from MMA to Operating | 9999-000 | 1,621.00 | | 1,621.00 |
| 02/21/11 | 10127 | Department of the Treasury | Per court order dated 3/17/11, docket # 185. Final tax return - 2010. | 2810-000 | | 1,621.00 | 0.00 |

Subtotals :     $1,621.00     $172,815.88

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM     V.12.57

Exhibit 9

# Form 2

Page: 8

## Cash Receipts And Disbursements Record

**Case Number:** 09-68384-PWB  
**Case Name:** SMITH, VALERIE  

**Trustee:** S. GREGORY HAYS (300320)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******64-66 - Checking Account  

**Taxpayer ID #:** **-***1862  
**Period Ending:** 01/16/12  

**Blanket Bond:** $81,385,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/11 | | Hays Financial Consulting, LLC | Refund of bank fees charged by SunTrust Bank against account #xxxx7360 | 2990-000 | | -65.00 | 65.00 |
| 05/25/11 | | Hays Financial Consulting, LLC | Reversed Deposit 100011 1 Refund of bank fees charged by SunTrust Bank against account #xxxx7360 | 2990-000 | | 65.00 | 0.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 71.16 | | 71.16 |
| 06/30/11 | Int | The Bank of New York Mellon | Reverse Interest Posting | 1270-000 | -71.16 | | 0.00 |
| 08/25/11 | | From Account #9200******6465 | Transfer from MMA to Operating | 9999-000 | 5,384.49 | | 5,384.49 |
| 08/26/11 | | SunTrust | Transfer of funds from SunTrust Bank | 9999-000 | 196,918.14 | | 202,302.63 |
| 08/30/11 | 10128 | S. Gregory Hays | Professional services rendered, per court order docket #196 | | | 18,770.94 | 183,531.69 |
| | | S. GREGORY HAYS | 17,531.31 | 2100-000 | | | 183,531.69 |
| | | S. GREGORY HAYS | 1,239.63 | 2200-000 | | | 183,531.69 |
| 08/30/11 | 10129 | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | Professional services rendered, per court order docket #196 | | | 17,785.20 | 165,746.49 |
| | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 17,737.50 | 3210-000 | | | 165,746.49 |
| | | Ragsdale, Beals, Seigler, Patterson & Gray, LLP | 47.70 | 3220-000 | | | 165,746.49 |
| 08/30/11 | 10130 | Jeffrey K. Kerr & Company, LLC | Professional services rendered, per court order docket #196 | | | 1,296.66 | 164,449.83 |
| | | Jeffrey K. Kerr & Company LLC | 1,204.00 | 3410-000 | | | 164,449.83 |
| | | Jeffrey K. Kerr & Company LLC | 92.66 | 3420-000 | | | 164,449.83 |
| 09/08/11 | 10131 | The Lang Legal Group, LLC Trust Fund | Per court order, docket #198 | 8200-002 | | 164,449.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,629,084.64 | 1,629,084.64 | $0.00 |
| Less: Bank Transfers | 1,403,576.64 | 911,665.64 | |
| **Subtotal** | 225,508.00 | 717,419.00 | |
| Less: Payments to Debtors | | 359,449.83 | |
| **NET Receipts / Disbursements** | **$225,508.00** | **$357,969.17** | |

{} Asset reference(s)

Printed: 01/16/2012 10:59 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case Number: | 09-68384-PWB | | Trustee: | S. GREGORY HAYS (300320) |
|---|---|---|---|---|
| Case Name: | SMITH, VALERIE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******64-66 - Checking Account |
| Taxpayer ID #: | **-***1862 | | Blanket Bond: | $81,385,000.00 (per case limit) |
| Period Ending: | 01/16/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 1,422,630.00 | |
| Plus Gross Adjustments : | 45,810.00 | |
| Less Payments to Debtor : | 573,060.83 | |
| Net Estate : | $895,379.17 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ********7360 | 1,918.14 | 0.00 | 0.00 |
| MMA # ***-*****64-65 | 124.66 | 0.00 | 0.00 |
| Checking # ***-*****64-66 | 1,194,777.12 | 491,600.00 | 0.00 |
| MMA # 9200-*****64-65 | 302.08 | 0.00 | 0.00 |
| Checking # 9200-******64-66 | 225,508.00 | 357,969.17 | 0.00 |
| | $1,422,630.00 | $863,069.17 | $0.00 |

{} Asset reference(s)    Printed: 01/16/2012 10:59 AM    V.12.57